HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
E-mail: carolyn_wiggin@fd.org916-498-5700/Fax 916-498-5710

Attorney for Defendant
JASON A. TOBEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:19-cr-00150-JAM |
|---|---|---|
| Plaintiff-Appellee | ) ) ) | APPLICATION AND |
| vs. | ) ) | ORDER APPOINTING COUNSEL |
| JASON A. TOBEY, | ) ) | |
| Defendant-Appellant. | ) | |

The defendant, JASON A. TOBEY, through the Federal Defender for the Eastern District of California, hereby requests this Court deem he is eligible for appointment of counsel under the Criminal Justice Act and for appointment of the Federal Defender.

Mr. Tobey submitted to our office a Financial Affidavit as evidence of his inability to retain counsel for his appeal of his misdemeanor conviction.  He has asked us to arrange to substitute in as his counsel, replacing his current counsel who is not a member of the Criminal Justice Act panel.  After reviewing Mr. Tobey's Financial Affidavit, it is respectfully recommended that the Federal Defender be appointed.

DATED: September 9, 2019

/s/ Carolyn M. Wiggin
CAROLYN M. WIGGIN
Assistant Federal Defender

Having satisfied the Court that he is unable to employ counsel, the court hereby appoints the Federal Defender's Office pursuant to 18 U.S.C. § 3006A.

DATED:  9/9/2019

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District  Court Judge