HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, #182732
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
carolyn_wiggin@fd.org

Attorney for Defendant
JASON A. TOBEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>v.<br>JASON A. TOBEY,<br>            Defendant. | No. 2:19-cr-00150-JAM<br><br>STIPULATION AND ORDER<br>TO CONTINUE BRIEFING AND HEARING<br>DATES<br><br>DATE:    January 28, 2020<br>TIME:    9:15 a.m.<br>JUDGE:  Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through Christopher S. Hales, Assistant U.S. Attorney, and defendant JASON A. TOBEY by and through his counsel Carolyn M. Wiggin, Assistant Federal Defender, that the hearing date set for December 3, 2019, at 9:15 a.m. be continued to January 28, 2020, at 9:15 a.m.

It is further stipulated and agreed that the following briefing schedule shall apply: Defendant-Appellant's Opening Brief shall be filed and served by November 26, 2019; Plaintiff-Appellee's Answering Brief shall be filed and served by January 7, 2020; and Defendant-Appellant's optional Reply Brief shall be filed and served by January 21, 2020.

The continuance is requested to give Mr. Tobey's counsel, who is new to this case, time to gather and review all records in the case and prepare the Opening Brief.

DATED: September 23, 2019             Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *Carolyn M. Wiggin*
CAROLYN M. WIGGIN
Assistant Federal Defender
Attorney for Defendant
JASON A. TOBEY

DATED: September 23, 2019             McGREGOR W. SCOTT
United States Attorney

/s/ *Christopher S. Hales*
CHRISTOPER S. HALES
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the December 3, 2019, hearing shall be continued to January 28, 2020 at 9:15 a.m. Defendant-Appellant's Opening Brief shall be filed and served by November 26, 2019; Plaintiff-Appellee's Answering Brief shall be filed and served by January 7, 2020; and Defendant-Appellant's optional Reply Brief shall be filed and served by January 21, 2020.

DATED:     September 23, 2019             /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge