| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| 2 | Federal Defender<br>CAROLYN M. WIGGIN, #182732 |
| 3 | Assistant Federal Defender<br>Designated Counsel for Service |
| 4 | 801 "I" Street, 3rd Floor<br>Sacramento, CA 95814 |
| 5 | carolyn_wiggin@fd.org |
| 6 | |
| 7 | Attorney for Defendant<br>JASON A. TOBEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:19-cr-00150-JAM |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE BRIEFING AND HEARING |
| JASON A. TOBEY, | ) | DATES |
| Defendant. | ) | |
| | ) | DATE: February 25, 2020 |
| | ) | TIME: 9:15 a.m. |
| | ) | JUDGE: Hon. John A. Mendez |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through Christopher S. Hales, Assistant U.S. Attorney, and defendant JASON A. TOBEY by and through his counsel Carolyn M. Wiggin, Assistant Federal Defender, that the hearing date set for February 4, 2020, at 9:15 a.m. be continued to February 25, 2020, at 9:15 a.m.

It is further stipulated and agreed that the following briefing schedule shall apply: Defendant-Appellant's Opening Brief has been filed; Plaintiff-Appellee's Answering Brief shall be filed and served by January 28, 2020; and Defendant-Appellant's optional Reply Brief shall be filed and served by February 18, 2020.

The continuance is requested because counsel for Mr. Tobey is unable to attend the oral argument scheduled for February 4, 2020.

DATED: December 13, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　*/s/ Carolyn M. Wiggin*
　　　　　　　　　　　　　　　　　　　　CAROLYN M. WIGGIN
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　JASON A. TOBEY

DATED: December 13, 2019　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ *Christopher S. Hales*
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER S. HALES
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the February 4, 2020, hearing shall be continued to February 25, 2020 at 9:15 a.m. Defendant-Appellant's Opening Brief has been filed; Plaintiff-Appellee's Answering Brief shall be filed and served by January 28, 2020; and Defendant-Appellant's optional Reply Brief shall be filed and served by February 18, 2020.

DATED: 12/13/2019　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　United States District Court Judge