No. 2:19-cr-00150-JAM

In the United States District Court
for the Eastern District of California

————————————

**United States of America**,
Plaintiff-Appellee,

v.

**Jason A. Tobey**,
Defendant-Appellant.

————————————

On appeal from the United States District Court
for the Eastern District of California
No. 3:11-MJ-0024-DMC

————————————

**Supplemental Excerpts of Record**

————————————

McGregor W. Scott
United States Attorney

Christopher S. Hales
Assistant U.S. Attorney
Eastern District of California
501 I Street, Suite10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

Attorneys for Appellee

# Index

## Supplemental Excerpts of Record

Government's Trial Exhibit 1……………………………………………...…1

Government's Trial Exhibit 2……………………………………………..2

Government's Trial Exhibit 3……………………………………………32

Government's Trial Exhibit 4……………………………………………44

Government's Trial Exhibit 5……………………………………………46

Government's Trial Exhibit 6……………………………………………48

Government's Trial Exhibit 7……………………………………………54

Government's Trial Exhibit 8……………………………………………57

Government's Trial Exhibit 9……………………………………………59

Defendant's Trial Exhibit C.…………………………………….………66
    (Pre-marked Government Ex. 15, see Tr. 152)



SER001

# 2018-2023
# CALIFORNIA MASTER COOPERATIVE WILDLAND FIRE MANAGEMENT
# AND
# STAFFORD ACT RESPONSE AGREEMENT

**Between**

## UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
California and Nevada CA Agreement # BAA181001 DUNS # 13-7393070

NATIONAL PARK SERVICE
Pacific West Region Agreement # P18AC00292; DUNS # 039365775

BUREAU OF INDIAN AFFAIRS
Pacific Region Agreement # A18AC00025; DUNS # 92-6038407

UNITED STATES FISH AND WILDLIFE SERVICE
Pacific Southwest Region Agreement # FF08F03000-18X-M010; DUNS# 151157950

## UNITED STATES DEPARTMENT OF AGRICULTURE
UNITED STATES FOREST SERVICE
Regions Four, Five, and Six, R5 Agreement # 18-FI-11052012-105; DUNS # 92-9332484

And

## STATE OF CALIFORNIA

**California Department of Forestry and Fire Protection**
(CAL FIRE) Agreement # 7CA03983 and DUNS # 79-2358095



GOVERNMENT
EXHIBIT
2
3:18-mj-00024-DMC

SER 002

## Contents

I.      AUTHORITIES .................................................................................................................. 4
II.     PURPOSE ......................................................................................................................... 4
    1.    Incorporation of Exhibits into Agreement ................................................................ 5
    2.    Acknowledgement of Supplements to the Agreement ............................................. 5
    3.    Hierarchy and Precedence for Agreements, Exhibits, Etc ....................................... 5
III.    RECITALS (1-11) ............................................................................................................ 6
IV.     INTERAGENCY COOPERATION .................................................................................. 7
    12.   California Wildland Fire Coordinating Group (CWCG) ........................................... 7
    13.   National Incident Management System ..................................................................... 7
    14.   Operational Plans ..................................................................................................... 7
    15.   Interagency Annual Meetings .................................................................................. 8
    16.   Northern and Southern California Coordination Centers (GACCs) ......................... 8
    17.   Interagency Command Centers ................................................................................ 8
    18.   Multi-Agency Coordination System (MACS) ......................................................... 9
V.      PREPAREDNESS ........................................................................................................... 10
    19.   Definition of Responsibilities ................................................................................. 10
    20.   Protection Planning ................................................................................................ 10
    21.   Protection Areas Boundaries and Responsibilities ................................................ 10
    22.   Methods of Fire Protection and Suppression ......................................................... 12
    23.   Joint Projects and Project Plans ............................................................................. 12
    24.   Fire Prevention ...................................................................................................... 13
    25.   Public Use Restrictions .......................................................................................... 13
    26.   Burn Permits .......................................................................................................... 13
    27.   Prescribed Fire and Fuels Management .................................................................. 13
    28.   Smoke Management ............................................................................................... 13
    29.   Community Wildfire Protection Planning ............................................................... 13
VI.     OPERATIONS ............................................................................................................... 14
    30.   Protection Priorities ............................................................................................... 14
    31.   Closest Forces Concept .......................................................................................... 14
    32.   Move-up and Cover ............................................................................................... 14
    33.   Fire Notifications .................................................................................................... 14
    34.   Unified Ordering .................................................................................................... 15
    35.   Boundary Line Fires .............................................................................................. 15
    36.   Threat and Risk ...................................................................................................... 15
    37.   Independent Action ................................................................................................ 15
    38.   Wildland Fire Decision Support System (WFDSS) ............................................... 15
    39.   Delegation of Authority ......................................................................................... 15
    40.   Preservation of Evidence ....................................................................................... 16
    41.   Stafford Act Response ........................................................................................... 16
VII.    USE AND REIMBURSEMENT OF INTERAGENCY FIRE RESOURCES ................. 16
    42.   Appropriated Fund Limitation ................................................................................ 16
    43.   Duration of Assignments ........................................................................................ 16
    44.   Sharing of Costs ..................................................................................................... 16
    45.   Procurement ........................................................................................................... 17
    46.   Facilities, Equipment and Support ......................................................................... 17
    47.   Obtaining and Replacing Fire Supplies .................................................................. 17
    48.   California National Interagency Caches .................................................................. 17

SER003

| | | |
|---|---|---|
| 49. | Training | 17 |
| 50. | Communication Systems | 18 |
| 51. | Fire Weather Systems | 18 |
| 52. | Federal Agencies Weather Data Processing System | 18 |
| 53. | Aviation Operations | 18 |
| 54. | Billing Procedures | 18 |
| 55. | Accounting for Assistance by Hire Costs | 18 |
| 56. | Cost Recovery | 19 |
| 57. | Stafford Act | 19 |
| VIII. | GENERAL PROVISIONS | 19 |
| 58. | Accident Investigations and Reviews | 19 |
| 59. | Waiver | 19 |
| 60. | Modifications | 20 |
| 61. | Annual Review | 20 |
| 62. | Examination and Audit | 20 |
| 63. | Post-Incident Action Analysis | 20 |
| 64. | Duration of Agreement | 20 |
| 65. | Previous Agreements Superseded | 20 |
| 66. | Officials Not to Benefit | 20 |
| 67. | Nondiscrimination | 20 |
| 68. | Authorized Representatives | 21 |

| | | |
|---|---|---|
| EXHIBIT A | PRINCIPLE CONTACTS | A-1 |
| EXHIBIT B | CFMA OPERATING PLAN TEMPLATE | B-1 |
| Attachment B1 | IA DPA Concept | B-19 |
| EXHIBIT C | COST SHARE AGREEMENT AND TEMPLATE | C-1 |
| EXHIBIT D | SUPPLEMENTAL PROJECT PLAN | D-1 |
| EXHIBIT E | CHANGES TO DIRECT PROTECTION AREA (DPA) | E-1 |
| EXHIBIT F | SUPPLEMENTAL AGREEMENT FOR COOPERATIVE USE OF PRESCRIBED FIRE | F-1 |
| EXHIBIT G | INTERAGENCY AIRCRAFT UTILIZATION GUIDELINES | G-1 |
| EXHIBIT H | DPA FIRE REPORTING GUIDE | H-1 |
| EXHIBIT I | FIRE PREVENTION AND LAW ENFORCEMENT | I-1 |
| EXHIBIT J | CFMA GLOSSARY | J-1 |
| EXHIBIT K | RESERVED | L-1 |

SER004

**2018-2023**

**California Master Cooperative Wildland Fire Management and Stafford Act Response Agreement**

## I.    AUTHORITIES

By the following authorities:

- Reciprocal Fire Protection Act of May 27, 1955, (69 Stat. 66; 42 U.S.C. 1856) (Federal Agencies)
- Robert T. Stafford Disaster Relief and Emergency Assistance Act (P.L. 93-288 as amended by P.L. 100-107) (Federal Agencies)
- National Indian Forest Resources Management Act (P.L. 101-630, Title III) (Interior Agencies)
- Cooperative Forestry Assistance Act of July 1, 1978, as amended (16 U.S.C. 2101) (USFS)
- Federal Land Policy and Management Act of Oct. 21, 1976, (P.L. 94-579; 43 U.S.C. 1701) (BLM)
- NPS Organic Act (16 U.S.C.1-4); (16 U.S.C.1b (1)
- National Wildlife Refuge Administration Act of 1966 (16 U.S.C. 668dd-668ee, 80 Stat. 927, as amended) (FWS)
- National Wildlife Refuge System Improvement Act of 1997 (P.L. 105-57) (FWS)
- California Public Resources Code, Section 4125 to 4127, 4141, 4151 and 4156
- Granger-Thye Act of April 24, 1950, (16 U.S.C., Sec 572) (USFS)
- Cooperative Funds Act of June 30, 1914, (16 U.S.C. 498, as amended by P.L. 104-127) (USFS)

## II.    PURPOSE

The "California Cooperative Wildland Fire Management and Stafford Act Response Agreement" (CFMA) (hereinafter called the Agreement) is to document the commitment of the Agencies to this Agreement to improve efficiency by facilitating the coordination and exchange of personnel, equipment, supplies, services, information and funds among the Agencies to this Agreement. Only wildland fires and non-wildland fire emergencies or disasters that are Presidentially-declared are covered under this Agreement.

The Agencies to this Agreement are:

The California Department of Forestry and Fire Protection (CAL FIRE), hereinafter called the "State"; and

The United States Department of Agriculture Forest Service, Regions Four, Five, and Six; hereinafter called the "USFS"; and

The United States Department of the Interior, National Park Service, Pacific West Region, hereinafter called the "NPS"; and

SER005

The United States Department of the Interior, Fish and Wildlife Service, Pacific Southwest Region, hereinafter called "FWS"; and

The United States Department of the Interior, Bureau of Indian Affairs, Pacific Region, hereinafter called the "BIA"; and

The United States Department of the Interior, Bureau of Land Management, California and Nevada, hereinafter called the "BLM"; and

The USFS, NPS, FWS, BIA, and the BLM may hereinafter be jointly called the "Federal Agencies."

The Federal Agencies and State, signatory to this Agreement will hereinafter be referred to as the "Agencies to this Agreement."

1.  Incorporation of Exhibits into Agreement

    The following exhibits are hereby incorporated into this Agreement:

    A.  Principle Contacts

    B.  CFMA Operating Plan Template

    C.  Cost Share Agreement and Template

    D.  Supplemental Project Plan

    E.  Changes to Direct Protection Areas (DPA)

    F.  Supplemental Agreement for Cooperative Use of Prescribed Fire

    G.  Interagency Aircraft Utilization Guidelines

    H.  Direct Protection Area (DPA) Fire Reporting Guide

    I.  Fire Prevention and Law Enforcement

    J.  CFMA Glossary

    K.  Reserved

    Exhibits to this Agreement may be revised upon request of the Agencies. The latest revision of any Exhibit will be automatically incorporated into this Agreement without requiring a formal modification as defined in Agreement Provision # 60.

2.  Acknowledgement of Supplements to the Agreement

    Supplements to this Agreement, Operating Plans, Supplemental Project Plans, Financial Plans, and Cost Share Agreements will further describe working relationships, financial arrangements, and joint activities not otherwise specified under the terms of this Agreement.

3.  Hierarchy and Precedence for Agreements, Exhibits, Etc.

    Any inconsistencies in this Agreement and attachments thereto shall be resolved by giving precedence in the following order:

SER006

    A.  This Agreement

    B.  Statewide AOP where it exists, i.e.:  BIA/CAL FIRE Statewide AOP

    C.  Exhibits to this Agreement

    D.  Local/sub-geographic AOP

    E.  Supplemental Project, Financial Plans, and Cost Share Agreements

## III.    RECITALS (1-11)

1. Lands for which the State and Federal Agencies are responsible for wildland fire protection are intermingled and/or adjacent in some areas, and wildland fires on these lands may present a threat to the lands of the other.

2. It is to the mutual advantage of the Agencies to this Agreement to coordinate efforts in the investigation, prevention, detection and response to wildland fire, and projects related to fuels management including prescribed fire in and adjacent to their areas of responsibility. This improves efficiency and effectiveness and limits duplication.

3. The State and the Federal Agencies will cooperate to the extent possible to achieve wildland fire objectives of common interest and concern.

4. The Agencies to this Agreement maintain wildland fire protection and wildland fire management organizations.

5. "State Responsibility Area" (SRA), sometimes called State and Private lands, are areas for which the State is responsible for wildland fire protection under California Public Resources Code Sections 4125 and 4127.

6. "Federal Responsibility Area" (FRA) are areas for which the Federal Agencies are responsible for wildland fire protection under various federal laws.

7. "Local Responsibility Areas" (LRA) are lands for which a local government agency is responsible for all fire protection. These lands are not part of this Agreement.

8. "Direct Protection Areas" (DPAs) are intermingled and adjacent lands delineated by boundaries regardless of jurisdictional agency. Wildland fire protection responsibility in these areas is negotiated, created and agreed to by the administrative units of either the Federal Agencies or the State. DPA does not equate a delegation of authority.  Specific information about DPA and delegation of authority are addressed in the Annual Operating Plan (AOP).  For areas not identified in a specific DPA, protection of those lands reverts to the land owner.  If agencies to this agreement incur expenses for suppression of fires in these areas, the land owner may be responsible for costs incurred.  AOPs may address several options to DPA responsibilities as described in Exhibit B, Attachment 1, to meet agency direction within a sub-geographic boundary.

    Every acre in California requires a responsible authority within the statewide DPA designation, including the designation of responsibility areas for entities not part of this Agreement.

9. It is the intent of the Agencies to this Agreement that Federal resources be available to assist in wildland fire activities in SRA and State resources be available to assist in wildland fire activities in the FRA.

10. The Agencies to this Agreement acknowledge that differences exist between agency missions and

SER007

policies. The protecting agency will represent the jurisdictional agency's interests in wildland fire management activities consistent with State and Federal authority and policy. Wildland fire protection and structure defense will be provided pursuant to the terms of this Agreement.   Fiscal accountability relates in many cases to agency mission and laws. To establish a common understanding, words and phrases as used herein are defined in the Glossary of Wildland Fire Terminology on the National Wildfire Coordinating Group web page (http://www.nwcg.gov) (under Tool Box, choose Glossary) or by direct link at https://www.nwcg.gov/glossary-of-wildland-fire-terminology and in Exhibit K, CFMA Glossary.

11. Under the authorities of the Stafford Act, it is to the mutual advantage of the Agencies to this Agreement to coordinate efforts for non-wildland fire emergencies to improve efficiency and effectiveness and limit duplication; only non-wildland fire emergencies that are presidentially declared are included under the Stafford authority. Other non-wildland fire emergencies are not part of this Agreement.

In consideration of the mutual commitments and conditions herein made, it is agreed as follows:

## IV.    INTERAGENCY COOPERATION

12. California Wildland Fire Coordinating Group (CWCG)

This group shall provide coordination and recommendations for all interagency wildland fire management activities in California. At a minimum, the group will consist of one representative from each State and Federal Agency signatory to this Agreement as designated by Agency Administrators.

Membership, procedures, and guidelines will be agreed to and documented in the CWCG Charter. CWCG may charter interagency technical committees to study areas of concern.

13. National Incident Management System

Agencies to this Agreement will be expected to follow the National Wildfire Coordinating Group's (NWCG) National Incident Management System (NIMS) minimum standards as defined in the Wildland Fire Qualifications Systems Guide (PMS-310). These NWCG minimum standards are Department of Homeland Security (DHS) NIMS compliant. The NIMS concepts that will be followed include: Incident Command System (ICS), qualifications system, training system, the management of publications, and participating in the review, exchange, and transfer of technology as appropriate for providing qualified resources, and for the management of incidents covered by this Agreement.

14. Operational Plans

Operating Plans will be developed and/or reviewed annually at the Geographic, State, or sub-geographic area level and will tier to this Agreement. The annual operating plan (AOP) addresses specific situations for cooperating agencies and is to be reviewed at a minimum, annually (see Exhibit B, CFMA Annual Operating Plan Template). The following operating plans are listed in descending order of precedence:

A.  Statewide Operating Plans

Statewide Operating Plans will address issues affecting statewide cooperation. The Statewide Operating Plans will be approved by the signatory State and Federal CWCG members. The Statewide Interagency Mobilization Guide and the Operating Plan for Cooperative Incident Billing Procedures are considered Statewide Operating Plans.

B.  California's Geographic Area Operating Plans (if applicable)

SER008

Northern and Southern California Geographic Area Operating Plans will address issues affecting Geographic Area-wide cooperation. The Geographic Area Operating Plan will be approved by the signatory State and Federal CWCG member agencies. The California Interagency Mobilization Guide will be identified and considered as part of the Geographic Area Operating Plan.

C.  Local/Sub Geographic Annual Operating Plans

Unit Administrators are responsible for determining reciprocal assistance and acquisition of wildland fire protection services. Local/Sub Geographic Annual Operating Plans (AOPs) will be developed to document these decisions and outline the details of this Agreement for the local and/or sub geographic areas.

Following the template provided as Exhibit B, such plans will describe the personnel, equipment, and administrative support necessary to provide acceptable levels of wildland fire response capabilities to meet agency objectives. Plans should be reviewed and agreement reached concerning such items as placement of crews, engines, air tankers, helicopters, fixed and aerial detection, regulated use, closures, and other joint wildland fire responses.

Local/Sub Geographic Annual Operating Plans (AOPs) will be reviewed, updated, and signed annually, and will be posted by May 15 to a centralized location.

D.  Supplemental Project Plans

Supplemental project plans are developed for specific non-suppression, wildland fire-related projects. Documentation will include the objectives, specific authorizing law, role of each agency, and each agency's share of cost.  See Exhibit D, Supplemental Project Plan.

15.  Interagency Annual Meetings

Meetings with representatives from each signatory agency are recommended annually. Zones and local units are encouraged to meet as necessary to ensure the provisions of this Agreement are being met. These meetings are intended to be opportunities for management to discuss issues and share information needed for the efficient cooperation between the agencies.

16.  Northern and Southern California Coordination Centers (GACCs)

The GACCs act as focal points for internal and external requests not filled at the local level. The Agencies to this Agreement recognize the Northern and Southern California Coordination Centers in Redding and Riverside, respectively, as the Geographic Area Coordination Centers (GACCs) for the California Geographic Area. The Agencies to this Agreement will coordinate wildland fire management activities and resource movements through the Geographic Area Coordination Centers as appropriate. Agencies to this Agreement are not precluded from independent movement of their own agency resources.

17.  Interagency Command Centers

The Agencies to this Agreement agree to maintain, support, and participate in Interagency Command Centers.

Staffing, funding, and level of participation will be agreed to by the affected Agencies to this Agreement and documented in annual operating plans (AOPs) and/or appropriate mobilization guides.  Day to day dispatching services by the supporting agency will be at no cost to the protecting agency. If additional dispatching services are requested through a resource order, those services will be Assistance by Hire.

SER009

18. Multi-Agency Coordination System (MACS)

MACS is a component of the National Incident Management System (NIMS), as well as the California Standardized Emergency Management System (SEMS). It is essential to integrating and coordinating multi-agency emergency response and management. A MAC Group typically consists of Agency Administrators or their designees who are authorized to commit agency resources and funds. Their function is to strategically support incident management through coordinating their collective resources, sharing incident information, and implementing and coordinating policy to prevent and/or combat a growing emergency(s).

A. Geographic Area MAC Groups are established to ensure:

- Scarce or limited resources are allocated efficiently and effectively.

- Participating agencies that provide resources do not impair their ability to carry out their own mission.

- Timely and accurate incident intelligence and information is made available to the public.

- Decisions are documented and tracked so that proper financial management can occur and financial responsibility is determined.

- Contingency plans and trigger points for implementation are developed.

The operation guides for the Northern California Geographic MACS Group, (NorCal MAC) and Southern California Geographic MAC Group, (SoCal MAC) are approved by signatory agencies.

B. California Multi-Agency Coordination (CALMAC)

During periods of significant statewide emergency activity that require high levels of emergency resource commitment, it may become necessary to activate a statewide MAC, herein referred to as CALMAC. The purpose of CALMAC is to prioritize incidents and manage resource allocation on a statewide basis. CALMAC may be activated when a Geographic Area exceeds its ability to meet resource needs and must rely on resource commitments from other Geographic Areas. When this occurs for extended periods, it can adversely impact statewide response capability. During periods of statewide resource drawdown, even though only one Geographic Area may be experiencing multiple incidents, it may be necessary to activate CALMAC to manage resource allocation on a statewide basis. When this level of resource commitment and utilization occurs, it requires close coordination to assure that:

- Scarce or limited resources are allocated effectively and efficiently.

- Participating agencies providing resources also maintain their ability to carry out their missions.

- Timely and accurate incident intelligence and information are available for statewide planning, media communication and public service.

- Decisions are documented and tracked so proper financial management occurs and financial responsibility is determined.

- Development of statewide strategies and contingency plans are shared with Geographic

SER010

MACs for coordinated implementation.

## V.    PREPAREDNESS

19.  Definition of Responsibilities

The Agencies to this Agreement shall be distinguished as follows:

A.  Jurisdictional Agency

The agency having overall land and resource management and/or wildland fire protection responsibility for a specific geographical or functional area as provided by federal or state law. Under no circumstances will a jurisdictional agency abdicate legal responsibilities as provided by federal or state law.

B.  Protecting Agency

The agency responsible for providing wildland fire protection, incident management and other activities to a given area pursuant to its jurisdictional responsibility or agreed upon protection responsibility as specified by federal or state law, contract or agreement.

C.  Supporting Agency

An agency providing wildland fire response or other support or resource assistance to a protecting agency.

20.  Protection Planning

Annually, before May 15, Unit Administrators will review and update as necessary local/sub geographic area Annual Operating Plans. Plans will be updated in accordance with Provision 15 and Exhibit B, CFMA Operating Plan Template.

21.  Protection Areas, Boundaries and Responsibilities

Protection areas, as defined by boundaries, will be mapped and or described and made a part of annual operating plans (AOPs). The Federal Agencies and the State have agreed upon the DPAs in which each assumes the responsibility of maintaining protection systems. Said maps show the established DPAs and are kept current on an annual basis in accordance with Exhibit E, Changes to Direct Protection Area (DPA).

A.  Direct Protection Area Boundaries

Agencies to this Agreement have exchanged wildland fire protection responsibility for lands under their jurisdiction (described in Recital 8). DPA boundaries will be established by mutual consent. Firefighter safety, existing protection organization and facilities, response time, land ownership patterns, values to be protected and pertinent statutes and regulations will be considered when determining or changing the location of DPA boundaries. The closest resource concept, administrative efficiency, and effectiveness should be guiding factors in DPA decisions. DPA boundaries will be delineated on a GIS data layer and posted to a centralized location.

The DPA boundaries will be reevaluated during preparation of each Annual Operating Plan

SER011

(AOP) and during each field review. When the need to change a DPA boundary is identified, the affected local unit will recommend such a change for review and approval by the affected Agencies. Exhibit E delineates the process for documenting, approving and recording changes to DPA.

In the AOP methods for other options for initial attack will be agreed upon and will be described per Exhibit B, Attachment 1.

When changes in the fire protection organization (i.e., a permanent or long-term relocation of personnel and equipment) which will directly affect the protection level assigned to lands protected by one agency for another are anticipated, the affected agencies will be notified.

Any response to a projected reduction of resources having statewide or regional impact will be coordinated by the Agency Administrators to mitigate impacts.

A jurisdictional agency may decide to resume protection responsibility for lands on which it previously transferred protection responsibility to a different agency. The jurisdictional agency shall notify the protecting agency in writing (30-day notification). There is no required approval process.

B.  Protection of State and Federal Responsibility Areas (SRA and FRA)

Recognizing that the protecting agency will represent the jurisdictional agency's interests in wildland fire protection consistent with State and Federal authority, Agencies to this Agreement will review protection responsibility in SRA and FRA within the DPA boundaries as part of the annual operating plan (AOP) development, review and update processes. AOPs need to address wildland fire protection and structure defense consistent with what is provided by this Agreement.

C.  Structure Fire Suppression and Structure Defense within State and Federal DPA

1. Structural fire suppression – Structural fire suppression is not the primary mission of the agencies signatory to this agreement, instances where it may occur are clearly represented in each annual operating plan (AOP). The USFS will not usurp individual, State or local responsibility and engage in structure fire suppression.

2. Structure defense – The primary responsibility of the Agencies to this Agreement in structure defense is to suppress wildland fire before it reaches structures. This involves the use of standard wildland firefighting tactics and control methods.

D.  Wildland Fire Protection Fiscal Responsibilities

All costs incurred to meet the wildland fire protection responsibility within each agency's DPA will be the responsibility of that protecting agency. This fiscal responsibility includes special management considerations as identified in annual operating plans (AOPs).

E.  Lands outside SRA and FRA

Lands outside SRA and FRA are called Local Responsibility Areas (LRA). Wildland fire protection responsibility for these lands is not part of this Agreement. Although situations can exist where LRA is threatened or burned by wildland fire on SRA or FRA, the Agencies to this Agreement are not jurisdictionally or financially responsible for wildland or other fire protection on these lands.

The Agencies to this Agreement recognize that cost share agreements may contain cost shares assigned to local government agencies that are charged with protection of LRA.

SER012

22. Methods of Fire Protection and Suppression

Agencies to this Agreement have exchanged responsibility for the wildland fire protection for lands under their jurisdiction. The following are different methods used to provide services under this exchange:

A. Reciprocal Fire Protection (Mutual Aid)

For the purposes of this section, Mutual Aid is that automatic initial attack response by wildland fire resources and specified in Annual Operating Plans (AOP) for specific pre-planned initial attack response areas. The Area Operating Plan will identify those areas and initial attack resources that will be provided at no cost to the protecting agency as "Mutual Aid". Mutual Aid will be limited to 24 hours from the time of initial dispatch. Mutual Aid resources should be released when fire threats have been mitigated. Resources needed beyond the 24-hour mutual aid period will be approved by the supporting agency and will be compensated as "Assistance by Hire" from the original time of dispatch.

Aircraft (fixed and rotary-winged, including pilot(s)) shall always be Assistance by Hire.

B. Reimbursable Cooperative Fire Protection (Assistance by Hire)

Assistance by Hire is the provision of wildland fire resources, by one agency to another, on a full reimbursement basis. All requests to hire fire protection assistance must be clear and precise and shall be processed and recorded through the dispatching systems of the participating agencies.

Requests not processed in this manner will not be reimbursed. Personnel, equipment, supplies, or services provided by a supporting agency and essential to filling the resource order, which are necessary and reasonable, shall be considered as reimbursable as Assistance by Hire. The State may provide out-of-state assistance to the Federal Agencies when requested. Such assistance will be Assistance by Hire unless otherwise specified as Mutual Aid in Annual Operating Plans (AOPs) pursuant to this Agreement.

Except for Mutual Aid, all requests for wildland fire response assistance in an agency's DPA shall be Assistance by Hire. Any other resources provided by a supporting agency and not specifically ordered by the protecting agency, shall be considered a voluntary contribution. The Operating Plan for Cooperative Incident Billing Procedures provides direction for reimbursable billings and payments.

C. Contract (Fee Basis) Fire Protection

For an agreed upon fee, one agency may assume wildland fire protection responsibilities on lands under the jurisdiction of another agency. The terms and conditions of such arrangements must be included in AOPs.

23. Joint Projects and Project Plans

The Agencies to this Agreement may jointly conduct cooperative projects, within their authority and as authorized by law, to maintain or improve their fire management services and activities. These projects may involve such activities as prescribed fire/fuels management, pre-suppression, fire analysis/planning, rehabilitation, training, prevention, investigation, community wildfire protection plans, public affairs, and other beneficial efforts. Such projects will be documented in local operating plans, AOPs, or other documents, referencing the appropriate authority. Documentation will include the objectives, role of each agency, and each agency's share of costs.

SER013

Project plans may be executed by Unit Administrators of Agencies to this Agreement and billed according to Exhibit D, Supplemental Project Plan or Exhibit F, Supplemental Agreement for Cooperative Use of Prescribed Fire.

24. Fire Prevention

The Agencies to this Agreement agree to cooperate in the development and implementation of fire investigation and prevention and fire safe planning programs. Unit Administrators will assure that fire investigation and prevention goals and activities are planned at local levels and are addressed in annual operating plans (see Exhibit B, CFMA Operating Plan Template). Fire investigation and prevention actions conducted by the protecting agency in its DPA on lands of the other agencies will be consistent with the protecting agency's general fire prevention activities and the terms of this Agreement (see Exhibit I). Specific fire investigation and prevention plans should be developed by local interagency fire management personnel. The Agencies to this Agreement may pool resources and share costs.

Unit Administrators are encouraged to participate in local fire prevention cooperatives, organizations, or groups, where applicable. See Exhibit I, Fire Prevention and Law Enforcement.

25. Public Use Restrictions

Implementation of restrictions and closures shall be coordinated with all appropriate agencies.

26. Burn Permits

Burn permit procedures, where applicable, will be included in local annual operating plans. If authorized by state and federal law, federal employees or their agents may be granted authority by the State to issue burn permits when it is determined to be in their mutual interest. See Exhibit I.

27. Prescribed Fire and Fuels Management

The Agencies to this Agreement agree to cooperate in the development and implementation of fuels management programs, including the use of prescribed fire, whose primary intent is to reduce fire hazard through the use of supplemental project plans. Specifics for the cooperative use of and preparation for prescribed fire will be coordinated and documented as described in Exhibit F.

28. Smoke Management

Within their authorities, the Agencies to this Agreement agree to cooperate and coordinate on issues of smoke management from prescribed fires and wildland fires. All agencies agree to participate in a daily conference call hosted by the California Fire Weather Predictive Services Units to coordinate and communicate on smoke dispersion, marginal burn days, and air quality related issues.

29. Community Wildfire Protection Planning

Agencies are encouraged to work collaboratively with communities and neighborhoods when developing Community Wildfire Protection Plans (CWPPs) that are within the agencies' DPA and jurisdiction.

Whenever possible, *California's Forest and Rangelands: 2010 Assessment, Strategic Fire Plan* or other geographic information system based analysis process should be used to plan fuels treatments that will provide the greatest and most immediate protection with available resources.

SER014

## VI.    OPERATIONS

30. Protection Priorities

The Agencies to this Agreement agree that they mutually share responsibility for wildland fire management within their respective DPAs pursuant to terms of this Agreement. Further, each agency agrees that incident management objectives will provide for:

   A.  Firefighter safety

   B.  Threat to human life

   C.  Threat to property (e.g., structures, improvements, and communities) and natural/cultural resources.

31. Closest Forces Concept

The Agencies to this Agreement agree to adopt the "Closest Forces Concept" for initial attack as identified in the sub-geographic Annual Operating Plans (AOP). The closest available appropriate resources, regardless of jurisdictional responsibility, shall be utilized.  The emphasis to get the closest appropriate resources to respond to initial attack fires is in the best interest of all agencies. This concept should be used for planning without regard to Direct Protection responsibility. Use of closest forces will also be applied to ongoing incidents whenever there is a critical and immediate need for the protection of life and property.  Beyond initial attack, the closest forces concept is modified and the protecting agency will use the most appropriate resources.

Aircraft (fixed and rotary-winged, including pilots(s)) shall always be Assistance by Hire.

32. Move-up and Cover

"Move-up and Cover" resources can be either Mutual Aid or Assistance by Hire as specified in the Annual Operating Plan (AOP). The AOP will cover all agency specifics regarding move up and cover resources.  Move up and cover resources provided by the Federal Agencies are limited to wildland fire response, where vegetation is the primary fuel. Federal Agencies will not supplant local government responsibilities, or routinely serve as the primary emergency response to non-wildland fire emergencies (for example, medical aids, HAZMAT, automobile accidents, water rescue, and so forth).  The protecting agency may provide vehicle fuel, minor maintenance, and lodging at no cost to the supporting agency. Resources on Mutual Aid Move-up and Cover will remain Mutual Aid until released or they exceed 24 hours.

33. Fire Notifications

Each agency will immediately notify the appropriate protecting agency of wildland fires burning on or threatening lands for which that agency has protection responsibility once the location of the fire is verified. Protecting agencies will immediately inform jurisdictional agencies whenever they take action on fires for which the protecting agency is responsible once the location of the fire is verified.

All agencies agree to report DPA fires on other agencies' jurisdictions in their established fire reporting databases (see Exhibit H, Fire Reporting Guide). Fire reports shall be completed within 30 days after a fire is declared controlled. Agencies agree to share the database information biannually and in a format agreed to by each agency database specialist.

SER015

34. Unified Ordering

Parties to this Agreement agree to establish unified ordering as described in the California Interagency Mobilization Guide.

35. Boundary Line Fires

Wildland fire burning on, or directly adjacent to, the DPA Boundary will be the initial attack responsibility of the protecting agencies on either side of the boundary. Agencies should not assume the other agency is aware of the fire or will take action. Each agency will make every reasonable effort to communicate with the other concerning the fire. Each agency will bear the cost of its initial attack forces ordered and sent to a boundary fire. Address the potential for non-full suppression activities in the annual operating plan (AOP).

A unified command organization will be implemented on all boundary line fires. While in unified command, the Agency Administrators and/or Incident Commanders of the involved agencies shall mutually agree upon fire objectives, strategies, commitment of agency resources and establishment of the Unified Ordering Point (UOP).

If it is determined that the fire is confined to the DPA of the State or the Federal Agencies, the protecting agency will designate an Incident Commander. If necessary, the protecting agency may request the supporting agency to assume command of the fire.

36. Threat and Risk

When a fire is perceived to threaten or threatens the jurisdiction of another agency, the nature of the threat and risk should be discussed between the affected parties. Following discussion, a course of action to deal with the threat and risk should be determined and mutually agreed upon. These actions can be considered in determining the share of cost. Activities taken outside of a mutually agreed upon course of action to deal with threat and risk may be deemed independent action.

37. Independent Action

Any participating agency may, upon its own initiative, at its own expense and with appropriate notification and coordination, attack wildland fires on lands that are under the direct protection of another agency. Parties to this Agreement shall not perform any fire suppression action that is contrary to limitations found in the appropriate Annual Operating Plan. The protecting agency may assume command of all wildland fire response actions when a qualified Incident Commander of that agency arrives at the fire.

38. Wildland Fire Decision Support System (WFDSS)

WFDSS provides situational assessment, unit level strategic objectives and management requirements, fire behavior and growth analysis, and economic assessment. WFDSS will be used for decision support documentation on all fires that include federal ownership and that escape initial attack or exceed initial response. These incidents will have a published decision within WFDSS. A published decision establishes a course of action and rationale for incidents with varying duration, spread potential, cost, relative risk or other considerations.

39. Delegation of Authority

The Annual Operating Plan (AOP) will document procedures and criteria for Agency Administrators to specify direction, authority, and financial management guidelines to Incident Commanders. The jurisdictional Agency Administrator or their Representative or will determine the level of authority delegated to the protecting agency.

SER016

40. Preservation of Evidence

The protecting agency is responsible to preserve information and evidence pertaining to the origin and cause of the fire. As initial action is taken on a fire, all parties will take action to protect and preserve the fire origin area and evidence pertaining to the fire cause and any costs. See Exhibit I, Fire Prevention and Law Enforcement.

41. Stafford Act Response

For Stafford Act responses, mission-assigned Emergency Support Function (ESF) primary agencies may authorize support agencies, as appropriate and consistent within their own authorities and responsibilities, to accomplish the required tasks. If a primary agency determines that the services of a support agency are needed, the primary agency will provide the support agency with written instructions and funding limitations. Mobilization activities will be accomplished utilizing established dispatch coordination procedures per the current National Interagency Mobilization Guide.

## VII.    USE AND REIMBURSEMENT OF INTERAGENCY FIRE RESOURCES

42. Appropriated Fund Limitation

Nothing herein shall be considered as obligating the Agencies to this Agreement to expend funds.

43. Duration of Assignments

Agencies to this Agreement agree that the duration of assignments are dictated by each agency's policy.

44. Sharing of Costs

   A. Wiidland Fire Cost Share Agreement

   A cost share agreement will be prepared when there is:

   1. a multi-jurisdictional incident with single or unified command and a decision has been made to share resources among jurisdictional agencies, or

   2. an incident which threatens or burns across DPAs of the State and Federal Agencies and the Mutual Aid period has been exceeded.

   The State and the Federal Agencies have agreed upon methods for determining cost share procedures. The State and Federal Agencies agree to jointly share the cost of incident support and coordination operations. These methods are described in Exhibit C, Cost Share Agreement and Template.

   B. Structure Defense Cost Sharing in the Wildland Urban Interface

   For wildland fires on lands managed by the agencies signatory to this agreement, the protecting agency with financial responsibility will assume the costs of the actions it takes to keep wildland fire from advancing on or threatening structures. For wildland fires in or threatening local jurisdictions that border or overlay State or Federal DPA, local agencies are responsible for their own agency's costs for defending structures within their jurisdiction.

   The State or Federal Agencies are not financially responsible in situations when the responsible fire protection agencies order additional resources and/or actions beyond the level approved by the incident command structure. If a local agency needs to augment resources for

SER017

structure defense, negotiation with the State or Federal Agency having DPA or fiscal responsibility will occur prior to a determination to share or reciprocate the costs of the agreed upon augmentation (as determined and negotiated by the Unified Incident Commanders, in consultation with Agency Representatives and Agency Administrators).

C.  Local Government Agency Involvement in Cost Sharing

The State and Federal Agencies recognize that cost share agreements may contain cost shares assigned to local government agencies that are charged with the protection of LRA including structure defense. For wildland fires on lands managed by the agencies signatory to this agreement, the agency with financial responsibility will assume the costs of the actions it takes to keep wildland fire from advancing on or threatening structures. For wildland fires in or threatening local jurisdictions that border or overlay State or Federal DPA, local agencies are responsible for their own agency's costs for defending structures within their jurisdiction.

When a local agency needs to augment resources for structure defense, as determined and negotiated by the Unified Incident Commanders, in consultation with Agency Representative and Agency Administrators, the State or Federal Agency having DPA or fiscal responsibility may negotiate to share or reciprocate the cost of the agreed upon augmentation.  The State or Federal Agencies are not financially responsible in situations when the responsible fire protection agencies order additional resources and/or actions beyond the level approved by the incident command structure.

45.  Procurement

Procurement costs incurred by one agency in support of another agency, which are reasonable and prudent, may be charged back to the protecting agency. Whenever a State or Federal Agency is managing an incident (including an incident within another agency's DPA) those agencies must comply with the procurement regulations of their respective agencies. In such situations, the protecting agency should provide appropriate staff to represent that agency's fiscal concerns and procurement and contracting requirements.

46.  Facilities, Equipment and Support

Under the terms of this Agreement, the State and the Federal Agencies may procure, loan, lease, share or exchange facilities, equipment and support services. Any operational costs required for such use may be shared and reimbursable as documented in a Facility and/or Annual Operating Plan.

47.  Obtaining and Replacing Fire Supplies

The State or Federal Agencies may procure fire equipment and supplies from each other for fire suppression or fire replacement. Orders for fire equipment will be processed through established channels and with approved documentation. Replacement of agency-owned expendable tools and supplies lost, damaged, or expended by the supporting agency may be reimbursed.

48.  California National Interagency Caches

The State agrees to comply with established National Fire Cache procedures as outlined in the California Interagency Mobilization Guide, the NWCG NFES Catalog, Part I, and the procedures identified by the Northern and Southern California Cache Managers.

49.  Training

The Agencies to this Agreement will cooperate to assure that training needs are provided that will

SER018

produce safe and effective fire management and aviation programs. The intent is to champion high quality training, to minimize training costs by sharing resources, and to standardize training. Any payment will be made in accordance with existing policy and regulations.

50. Communication Systems

The State and Federal Agencies may mutually agree to share components of their communications and information management systems such as radio frequencies, computer networks, automated dispatching and resource ordering systems, data transmission lines and communications sites.

Annual Operating Plans detail restrictions or special requirements of this sharing.

The Agencies agree to work cooperatively in the further development, deployment, and utilization of such systems and facilities.

51. Fire Weather Systems

The Agencies to this Agreement will cooperate in the gathering, processing, and use of fire weather data, including the purchase of compatible weather sensing platforms and when feasible, making joint use of computer software. Agencies are in agreement that all weather stations used for National Fire Danger Rating System (NFDRS) purposes will be subject to the Standards contained in publication PMS 426-3, *NWCG NFDRS Weather Station Standards*, https: www.nwcg.gov sites default files products pms426-3.pdf. State and Federal Agencies will, through the appropriate venue (currently FIRESCOPE's Predictive Services Specialist's Group), strive to jointly evaluate any proposed new California weather station locations, in order to prevent unnecessary redundancy. NFDRS is the common and agreed upon fire danger rating system.

52. Federal Agencies Weather Data Processing System

The State and Federal Agencies agree to collaborate in providing fire weather services. The State will be permitted use of the Federal Agencies' Weather Information Management System (WIMS). When the State uses WIMS, the identifying account numbers assigned by the Federal Agencies to the State will be used.

53. Aviation Operations

Interagency use and billing for aircraft will be in accordance with procedures mutually established by the Agencies. Interagency aircraft use guidelines are attached as Exhibit F, Interagency Aircraft Utilization Guidelines. The State and Federal Agencies agree to bill each other in accordance with the Operating Plan for Cooperative Incident Billing Procedures.

54. Billing Procedures

For any incidents or other actions where costs are incurred pursuant to the terms of this Agreement, the Agencies will comply with the processes and procedures established in the Operating Plan for Cooperative Incident Billing Procedures.

55. Accounting for Assistance by Hire Costs

The State and the Federal Agencies will document all expenditures incurred for providing Assistance by Hire services under the terms of this Agreement. Expenditures include both direct costs and indirect or administrative costs. The administrative charge, used for all Assistance by Hire billings, will be applied to all direct costs.

SER019

56. Cost Recovery

Each agency will notify the others when there is potential or intent for cost recovery on a fire occurring on lands under its jurisdiction in accordance with Exhibit I, Fire Prevention and Law Enforcement. Refer to the Operating Plan for Cooperative Incident Billing Procedures for information on cost share settlements involving civil cost recovery or court-ordered restitution.

57. Stafford Act

The use and reimbursement for resources when responding under the Stafford Act, shall be governed by the provisions contained in the Operating Plan for Cooperative Incident Billing Procedures.

## VIII.  GENERAL PROVISIONS

58. Accident Investigations and Reviews

Whenever an accident occurs involving the equipment or personnel of a supporting agency, the protecting agency shall immediately notify the supporting agency.  All agencies have reporting requirements for accidents and injuries that occur on lands under their responsibility, the protecting agency shall also immediately notify the jurisdictional agency of any serious accidents, injuries, and entrapments occurring on incidents involving these lands. The protecting agency shall determine the appropriate level of review or investigation of the accident. The protecting agency shall share accident information with jurisdictional agencies, within the capabilities of the protecting agency's policies, as information becomes available. Investigation or review costs for personnel will be agency-specific and will be borne by the sending agency. Other accident or incident investigation or review costs are the fiscal responsibility of the agency (s) that has jurisdiction and/or investigative or review responsibility.

59. Waiver

Parties to the Agreement shall each be responsible for their own losses arising out of the performance of this Agreement, and each Party hereby waives any claim against any other Party for loss or damage of its property and/or personal injury or death of its employees or agents occurring as a consequence of the performance of this Agreement; provided, this provision shall not relieve any Party from responsibility for claims from third parties for losses for which the Party is otherwise legally liable.  This waiver does not extend to ordinary expenses incurred as part of the cost of the fire (gloves, fusees, hose, etc.). This provision pertains to claims between the respective State and Federal Agencies and does not pertain to claims advanced by third parties.

Claims requesting compensation for property loss or damage, personal injury, or death resulting from the negligence or other wrongful acts of employees performing under this Agreement will be received by the jurisdictional agency and forwarded to the hiring, or home agency of the allegedly negligent employee for processing.

Employee claims for loss of or damage to personal property must be submitted to the Jurisdictional Agency and then forwarded to the hiring, or home agency of the employee for processing in accordance with the hiring agency's administrative procedures.

SER020

60. Modifications

Modifications within the scope of this Agreement shall be made by mutual consent of the Agencies, by the issuance of a written modification, signed and dated by all agencies, prior to any changes being performed. No agency is obligated to fund any changes not properly approved in advance. Exhibits are not subject to this provision.

61. Annual Review

If necessary, representatives of the State and Federal Agencies will meet and review matters of mutual concern related to this Agreement prior to March 1.

Annual Operating Plans (AOPs) will be reviewed annually and revisions will be completed and posted to a central location by May 15 (see Exhibit B, CFMA Operating Plan (AOP) Template).

62. Examination and Audit

Federal Agencies and the State shall be subject to examination and audit for three years after final payment under the terms of this Agreement. Examination and audit shall be confined to those matters connected with the performance of this Agreement including, but not limited to, the cost of administration.

63. Post-incident Action Analysis

To benefit from lessons learned on fire incidents falling under the terms of this Agreement, the State and Federal Agencies may from time to time conduct a post-incident action analysis. In all cases, these critiques or reviews will be conducted jointly by the State and the affected signatory Federal Agency or Agencies and will follow discussions between the Incident Commander and the appropriate Line Officer.

64. Duration of Agreement

The term of this Agreement shall commence on the date the last agency signs below and shall expire on March 30, 2023 or no later than five years from the commencement date. Any agency shall have the right to terminate their participation under this Agreement by providing one-year advance written notice to the State and other Agencies to this Agreement.

65. Previous Agreements Superseded

This Agreement supersedes the following: "California Cooperative Master Cooperative Wildland Fire Management and Stafford Act and Response Agreement" signed and entered into March 21, 2013. Existing agreements and operating plans remain in effect to the extent that they do not conflict with the provisions of this Agreement, but only until such time that all activities and conditions covered by those agreements can be incorporated into operating plans provided for under this Agreement.

66. Officials Not to Benefit

No member of, or Delegate to Congress or Resident Commissioner shall be admitted to any share or part of this Agreement or to any benefit to arise there from, unless it is made with a corporation for its general benefit.

67. Nondiscrimination

The State and Federal Agencies shall comply with all federal and state statutes relating to nondiscrimination. These include, but are not limited to: (a) Title VI of the Civil Rights Act of 1964 (42

SER021

U.S.C. 2000d through 2000-6); (b) Title IX of the Education Amendments of 1972, as amended (20 U.S.C. 1681-1683, and 1685-1686), which prohibits discrimination on the basis of sex; (c) Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) which prohibits discrimination on the basis of disabilities and provides for reasonable accommodation in hiring of persons with disabilities; (d) the Older American Act of 1965 as amended (42 U.S.C. 3056 and 6101 et seq.); and (e) USDA 9 AR, Title VI Implementation Regulations; California Government Code Section 12990 (a-f) et seq., as set forth in Chapter 5 of Division 4 of Title 2 of the California Code of Regulations, which prohibits discrimination or harassment against any employee or applicant for employment because of sex, race, color, ancestry, religious creed, national origin, physical disability (including HIV and AIDS), mental disability, medical condition (cancer), age (over 40), marital status, and denial of family care leave.

68. Authorized Representatives

By signature below, all Signatories to this Agreement certify that the individuals (Agency Representative, Agency Administrator, Unit Administrator, Contracting Officer) listed in this document are authorized to act in their respective areas for matters related to this Agreement.

SER022

IN WITNESS WHEREOF, the Agencies hereto have executed this Cooperative Wildland Fire Management Agreement as of the last date written below:

Director

State of California

Department of Forestry and Fire Protection (CAL FIRE)

By: _Ken Pimlott_

Date: 3/19/2018

SER023

Regional Director
USDI Bureau of Indian Affairs
Pacific Regional Office

Contracting Officer
USDI Bureau of Indian Affairs
Pacific Regional Office

By:

By:

Date:

Date: 3/22/18

SER024

Regional Director
USDI Fish and Wildlife Service
Pacific Southwest Region

Contracting Officer
USDI Fish and Wildlife Service
Pacific Southwest Region

By: _____ *Acting*

Date: 3/20/18

By: **FRANKLIN LEE**     Digitally signed by
FRANKLIN LEE
Date: 2018.03.19
09:30:22 -07'00'

Date:

SER025

State Director
USDI Bureau of Land Management
Management
California State Office

By: _____

Date: March 14, 2018 .

Contracting Officer
USDI Bureau of Land

California State Office

By: _____

Date: 3/14/2018

SER026

State Director
USDI Bureau of Land Management
Management
Nevada State Office

Contracting Officer
USDI Bureau of Land

Nevada State Office

David W. Appold

By: _____

By: **DAVID APPOLD** Digitally signed by DAVID APPOLD
Date: 2018.03.19 13:19:21 -07'00'

Date: 27 March 2018

Date:   3/19/2018

SER027

Regional Forester
USDA Forest Service
Pacific Southwest Region

By:

Date: 3/16/18

Grants Management Specialist
USDA Forest Service
Pacific Southwest Region

Constance Zippever

By:

Date: 13 March 2018

Special Agent in Charge
Law Enforcement and Investigations
USDA Forest Service

DON HOANG

By:

Date: 3-14-2018

SER028

Regional Forester
USDA Forest Service
Pacific Northwest Region

Contracting Officer
USDA Forest Service
Pacific Northwest Region

G+A certification
completed by
A5 G+A
ad 3/20/18

By: _X_ James M Peña

Date: _X_ 3/23/18

By: _____

Date: _____

SER029

Regional Forester                    Contracting Officer
USDA Forest Service                  USDA Forest Service
Intermountain Region                 Intermountain Region

By:                                  By:

Date: 3/20/2018                      Date:

SER030

## EXHIBIT A

### Principal Contacts

**Principal Project Contacts**: The principal project contacts for this instrument are as follows. These points of contact will review this Agreement at least annually.

Bureau of Indian Affairs
Branch of Fire Management
2800 Cottage Way
Sacramento, CA  95825
Phone: (916) 978-6000
FAX: (916) 978-6081

Fish and Wildlife Service
Branch of Fire Management
2800 Cottage Way, Room W2606
Sacramento, CA  95825
Phone: (916) 414-6464
FAX: (916) 414-6486

Bureau of Land Management
Branch of Fire and Aviation Management
2800 Cottage Way
Sacramento, CA  95825
Phone: (916) 978-4430
FAX: (916) 978-4438

National Park Service
Fire Management
333 Bush Street Suite 500
San Francisco, CA 94104
Phone: (415) 623-2210
FAX: (415) 623-2383

California Department of Forestry
And Fire Protection (CAL FIRE)
Cooperative Fire Protection Programs
State and Federal Agreements
1416 9th Street
Sacramento, CA  95814
Phone: (916) 653-8362
FAX: (916) 653-9708

USDA Forest Service
Fire and Aviation Management
1323 Club Drive
Vallejo, CA 94592 1416
Phone: (707) 562-8794
FAX:  (707) 562-9048

SER031

# U.S. DEPARTMENT OF AGRICULTURE
# FOREST SERVICE

**CONTRACT NO.:**         AG-024B-B-16-5505

**PROJECT:**              Region 5 Call When Needed Type III
                          Helicopter Services

**CONTRACTOR:**           **ASPEN HELICOPTERS, INC**.
                          PHONE:  805-985-5416
                          FAX:   805-985-7327

**ISSUED &
ADMISTERED BY:**          USDA-FOREST SERVICE CONTRACTING
                          National Interagency Fire Center
                          3833 South Development Avenue
                          Suite 1100
                          Boise, ID 83705-5354

                          CONTRACTING OFFICER:  Robert Hoffman
                          Telephone:  208-387-5681
                          FAX:        208-387-5384

GOVERNMENT
EXHIBIT
3
3:18-mj-00024-BMC

SER032

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1 CONTRACT ID CODE | PAGE OF PAGES |
| | | 1    1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ NO | 5. PROJECT NO. (If applicable) |
| Modification 09 | August 09, 2018 | | |

**6. ISSUED BY**    CODE

U.S. FOREST SERVICE - CONTRACTING
NATIONAL INTERAGENCY FIRE CENTER
3833 S. DEVELOPMENT AVE.
BOISE, ID 83705-5354

**7. ADMINISTERED BY** (If other than item 6)    CODE

Same as Item 6

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

ASPEN HELICOPTERS INC
2899 W. 5TH ST.
OXNARD, CA 93030-6503

| CODE | | FACILITY CODE |

**9A. AMENDMENT OF SOLICITATION NO.**

**9B. DATED (SEE ITEM 11)**

**10A. MODIFICATION OF CONTRACT/ORDER NO**
AG-024B-B-16-5505

☒ **10B. DATED (SEE ITEM 13)**
April 1, 2016

**11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (if required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
| ☐ | A. | THIS CHANGE ORDER IS PURSUANT TO: (specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☒ | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF FAR 52.212-4(c) Changes |
| ☐ | D. | OTHER (specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return _1_ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Call When Needed Type III Helicopter Services – Region 5

**PURPOSE OF THIS MODIFICATION:** Aircraft change; Price revision for INFRARED CAPABILITY.

N717AH —— RMH

Per this modification it is mutually agreed that N617AC will be removed from the agreement. As a substitution, N707AC (also a Bell 407) is hereby added. The equipped weight for N707AC will be 3,207 lbs. The Daily Availability Rate for this aircraft will be the same as the previous rates of the removed aircraft.

It is also agreed that the HELCO package daily rate (for INFRARED CABABILITY) will be revised as follows

The 2018 Rate will be revised to $4,635/Day (effective through March 31, 2019).
The 2019 Rate will be revised to $4,670/Day (effective April 1st, 2019 through March 31, 2020)

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
| R L Throckmorton, Vice president | | ROBERT M. HOFFMAN, Contracting Officer | |
| | | 208-387-5681 | |
| **15B. CONTRACTOR/OFFEROR** | **15C. DATE SIGNED** | **16B. UNITED STATES OF AMERICA** | **16C. DATE SIGNED** |
| Digitally signed by Richard L Throckmorton | | Digitally signed by ROBERT HOFFMAN | |
| *R L Throckmorton* | 08/08/2018 | **ROBERT HOFFMAN** | |
| (Signature of person authorized to sign) Date: 2018.08.08 11:36:03 -07'00' | | (Signature of Contracting Officer) Date: 2018.08.08 | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

SER033

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|
| | | 1    2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| Modification 08 | July 16, 2018 | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|

U.S. FOREST SERVICE - CONTRACTING
NATIONAL INTERAGENCY FIRE CENTER
3833 S  DEVELOPMENT AVE
BOISE ID  83705-5354

U.S. FOREST SERVICE - CONTRACTING
NATIONAL INTERAGENCY FIRE CENTER
3833 S  DEVELOPMENT AVE
BOISE  ID  83705-5354

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

ASPEN HELICOPTERS INC
2899 W 5TH ST
OXNARD, CA  93030-6503

☐

9B. DATED (SEE ITEM 11)

☒ 10A. MODIFICATION OF CONTRACT/ORDER NO.

AG-024B-B-16-5505

10B. DATED (SEE ITEM 13)
April 1, 2016

| CODE | FACILITY CODE |
|---|---|

| 11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS |
|---|

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT
THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of
this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the
solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (if required) |
|---|

| 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14. |
|---|

| CHECK ONE | | |
|---|---|---|
| ☐ | A. | THIS CHANGE ORDER IS PURSUANT TO: (specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☐ | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☒ | D. | OTHER (specify type of modification and authority)  **D-3 Economic Price Adjustment** |

E. IMPORTANT:  Contractor ☒ is not, ☐ is required to sign this document and return __0__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Call When Needed Type III Helicopter Services – Region 5

**PURPOSE OF THIS MODIFICATION:**  Update Hourly Flight Rate Chart.

Section C, Exhibit 12, Helicopter Services Hourly Flight Rates, Fuel Consumption and Weight Reduction
Chart.  Update with the attached flight rate chart dated 07/16/2018.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| N/A | ROBERT M. HOFFMAN, Contracting Officer
208-387-5681 |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed By GSA FAR (48 CFR) 53.243

SER034

**HOURLY FLIGHT RATES, FUEL CONSUMPTION, AND WEIGHT REDUCTION CHART EFFECTIVE**
**JULY 16, 2018**
**FOR CONTRACTS AWARDED 2013-2017  (CWN/Exclusive Use)**
**(For Contracts Awarded 10/1/2013 and After)**

| COMPANY | AIRCRAFT TYPE | FUEL CONSUMPTION (gal/hr) | JULY 16, 2018 HOURLY FLIGHT RATE ($/HR) | LOAD CALCULATION Weight Reduction (lbs) |
|---|---|---|---|---|
| AGUSTA WESTLAND | AW 119 KOALA | 55 | $1,277.94 | 230 |
| | AW 139 | 129 | $2,766.96 | 335 |
| | EH 101 | 211 | $5,306.45 | NOT ESTABLISHED |
| AEROSPATIALE | SA-315B | 58 | $1,877.29 | 180 |
| | SA-316B | 58 | $1,892.54 | 170 |
| | SA-316C | 45 | $1,761.86 | 80 |
| | SA-319B | 45 | $1,765.05 | 150 |
| | AS-330J | 179 | $4,757.46 | N/A |
| | AS 332L1 | 160 | $4,325.99 | N/A |
| | SA-341G | 45 | $1,736.59 | 170 |
| | AS-350B | 45 | $1,175.15 | 130 |
| | AS-350BA | 45 | $1,163.49 | 130 |
| | AS-350B-1 | 46 | $1,181.03 | 160 |
| | AS-350B-2 | 48 | $1,174.78 | 160 |
| | AS-350B-3 | 50 | $1,244.61 | 175 |
| | AS-350D | 38 | $1,115.72 | 130 |
| | AS-355F-1/355F-2 | 58 | $1,457.65 | 140 |
| | AS-365N-1 | 87 | $2,308.61 | 275 |
| | EC-120 | 31 | $860.55 | NOT ESTABLISHED |
| | EC 130-B4 | 53 | $1,178.88 | NOT ESTABLISHED |
| | EC-135 | 64 | $1,441.12 | 220 |
| | EC 145 | 80 | $1,993.46 | NOT ESTABLISHED |
| | EC 155B1 | 95 | $2,413.57 | NOT ESTABLISHED |
| | EC 225 | 183 | $4,047.27 | NOT ESTABLISHED |
| BELL: | 47/SOLOY | 23 | $740.20 | 120 |
| | 204B (UH-1 Series) | 86 | $1,873.07 | 200 |
| | 204 Super B | 90 | $1,899.46 | 200 |
| | 205A-1 | 88 | $1,857.79 | 260 |
| ~REV 5-16-14 | 205A-1++ | 90 | $1,865.04 | 260 |
| | 210 | 90 | $1,865.04 | 260 |
| | 206B-II | 25 | $871.83 | 100 |
| | 206B-III | 27 | $890.57 | 130 |
| | 206L-1 | 32 | $1,043.04 | 150 |
| | 206L-3/L-1 C30P | 38 | $1,081.87 | 180 |
| | 206L-4 | 38 | $1,075.06 | 180 |
| | 212 Single (Eagle) | 90 | $1,982.15 | 260 |
| | 212/212HP | 100 | $2,162.81 | 390 |
| | 214B | 160 | $3,185.79 | 380 |
| | 214B1 | 145 | $2,996.12 | 380 |
| | 214ST | 133 | $3,601.79 | 420 |
| | 222A | 70 | $2,214.99 | NOT ESTABLISHED |
| | 222B | 83 | $2,300.77 | NOT ESTABLISHED |
| | 222UT | 83 | $2,300.77 | NOT ESTABLISHED |
| | 407 | 45 | $1,203.52 | 155 |
| | 412 | 110 | $2,315.82 | 390 |
| | 412HP | 110 | $2,285.94 | 390 |
| | UH-1B | 86 | $1,837.37 | N/A |
| | UH-1B Super | 88 | $1,850.57 | N/A |
| | UH-1F | 88 | $1,877.64 | N/A |
| | UH-1H (-13 engine) | 88 | $1,850.57 | N/A |
| ~REV 5-16-14 | UH-1H (-17 engine) | 90 | $1,865.03 | N/A |
| | TH-1L | 88 | $1,850.57 | N/A |
| BOEING: | BV-107/CH-46 | 180 | $4,266.08 | N/A |
| | BV-234/CH-47 | 405 | $7,660.54 | N/A |
| HILLER: | *SL-3/4 | 21 | $694.22 | 90 |
| | H-1100B | 22 | $886.80 | 130 |
| | UH-12/SOLOY | 23 | $780.53 | 100 |
| KAMAN: | H43-F | 85 | $1,724.40 | N/A |
| | K-1200 | 86 | $2,087.93 | N/A |
| MBB: | BO 105CBS | 55 | $1,438.55 | 180 |
| | BK 117 | 77 | $1,954.89 | 160 |
| McDONNELL- | 500C | 23 | $938.89 | 110 |
| DOUGLAS: | 500D/E | 28 | $963.11 | 120 |
| | 520N | 32 | $991.10 | 100 |
| | 530F | 34 | $1,034.89 | 120 |
| | 600N | 41 | $1,202.37 | 155 |
| | 900/902 | 69 | $1,574.49 | 210 |
| SIKORSKY: ~REV 5-16-15 | CH-53D | 309 | $7,488.85 | N/A |
| | CH 54/S 64 | 525 | $8,080.34 | N/A |
| | S-55T | 47 | $1,254.54 | 170 |
| | S-58D/E | 83 | $2,029.49 | N/A |
| | S-58T/PT6T-3 | 115 | $2,581.19 | 400 |
| | S-58T/PT6T-6 | 115 | $2,581.19 | 460 |
| | H-3/S-61 All Series | 170 | $4,174.08 | 550 |
| | S-62A | 70 | $1,477.62 | 300 |
| | S-70/UH-60 | 160 | $4,060.30 | N/A |
| | S-76C+ | 90 | $2,510.73 | NOT ESTABLISHED |
| | S-92 | 178 | $3,767.82 | NOT ESTABLISHED |
| AVERAGE GALLON PRICE: | | JET FUEL: | $5.21 | |

SER035

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|
| | | 1 | 15 |

| 2. AMENDMENT/MODIFICATION NO. Modification No. 07 | 3. EFFECTIVE DATE February 16, 2018 | 4. REQUISITION/PURCHASE REQ NO | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 024B | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

**6. ISSUED BY**
U.S. FOREST SERVICE – CONTRACTING
NATIONAL INERAGENCY FIRE CENTER
3833 S. DEVELOPMENT AVE – OWYHEE BLDG – MS 1100
BOISE, ID  83705-5354

**7.** Same as Item 6

| 8. NAME AND ADDRESS OF CONTRACTOR (No , street, county, State and ZIP Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

ASPEN HELICOPTERS INC.
2899 W. 5TH ST.
OXNARD, CA  93030-6503

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
AG-024B-B-16-5505

| CODE | FACILITY CODE | 10B. DATED (SEE ITEM 13) April 1, 2016 |
|---|---|---|

**11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14  The hour and date specified for receipt of Offers  ☐ is extended,  ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;

or © By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER  If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (if required)**

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.  IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| ☐ | A | THIS CHANGE ORDER IS PURSUANT TO: (specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO  IN ITEM 10A |
| ☐ | B | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43 103(b). |
| ☐ | C | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:  FAR 52.212.4 © |
| ☒ | D | OTHER (specify type of modification and authority)  D-4  ECONOMIC PRICE ADJUSTMENT CONTRACT FLIGHT RATES & FAR 52.212-4 © |

E. IMPORTANT:  Contractor ☐ is not,  ☒ is required to sign this document and return __1__ copy to the issuing office

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible )

Call When Needed Type III Helicopter Services – Region 5

**PURPOSE OF THIS MODIFICATION:**

1) Modificiations to Sections B, C & Exhibits specifications modified below – see attached table of changes and full text verbiage.

2) Section C, Exhibit 12, Helicopter Services Hourly Flight Rates, Fuel Consumption and Weight Reduction Chart. Update with the attached flight rate chart dated 02/16/2018.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| R L Throckmorton  Vice president | ROBERT HOFFMAN, Contracting Officer 208-387-5681 |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| Digitally signed by Throckmorton.Richard. LORC1000035152.ID ... | March 5, 2018 | ROBERT HOFFMAN Digitally signed by ROBERT HOFFMAN Date: 2018.03.06 | |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

| NSN 7540-01-152-8070 Previous edition unusable | STANDARD FORM 30 (REV 10-83) Prescribed By GSA FAR (48 CFR) 53 243 |
|---|---|

SER036

Contact No. AG-024B-B-16-5505
Modification 07

Table of Changes:

| Section | Section Name | Description of Changes |
|---|---|---|
| B-16 | Public Aircraft Operations | Add new section to Agreement |
| C-3 (b) (1) | Government Furnished Property | Added word "current" to paragraph |
| C-10 (a) (7) | Operations | Add new paragraph |
| C-10 (b) (14) | Operations | Adding hyperlink to end of paragraph |
| C-12 (h) (4) | Personnel | Adding language to paragraph |
| C-12 (j) (3) | Personnel | Add new paragraph |
| C-19 (f) | Personal Protective Equipment | Adding sentence to end of paragraph |
| C-27 (b) | Unavailability | Deleted language from paragraph |
| C-35 (i) (j) (k) (l) | Reimbursement for Mobilization and Demobilization Costs | Revising language in paragraphs (i) and (j) and adding new paragraphs (j) and (k) |
| Exhibit 8 | Fuel Servicing Equipment Requirements | Adding language throughout Exhibit |
| Exhibit 20 | Aircraft Mechanic (Helicopter) Qualification Form | Adding language in signature block area |
| Exhibit 32 | Transportation Worksheet | Adding new Exhibit |

Full Text Verbiage:

**B-16   PUBLIC AIRCRAFT OPERATIONS**

Any vendor receiving a contract award has the responsibility to notify the FAA of the potential for Public Aircraft Operations under this contract award by submitting Exhibit 28 to appropriate Flight Standards District Office (FSDO).

Refer to FAA AC 00-1.1A:
https://www.faa.gov/documentLibrary/media/Advisory_Circular/AC_00-1_1A.pdf

**C-3   GOVERNMENT FURNISHED PROPERTY**

(b)      (1) Interagency Aviation Transport of Hazardous Materials Handbook/Guide with any applicable Department of Transportation (DOT) Special Permit Letters and current Emergency Response Guide.

**C-10   OPERATIONS**

(a) General

(7) All documents required to be with aircraft during contract period, may be stored in an electronic storage device. The storage device must have a viewing screen of at least 7 inches.  If an electronic storage device is used, a paper back up for each required document must be available with the support vehicle.  Examples of approved storage device are Tablet; IPAD etc. smart phones will not be acceptable.

(b) Pilot Authority and Responsibilities

(14) During missions that involve transporting agency personnel, a HOGE power check shall be performed for either the takeoff or landing, whichever is most restrictive. This requirement applies to pinnacles, ridgelines and confined areas or any first time missions into/out of a HOGE site. Refer to the interagency helicopter pilot practical test standards and can be found at this website:
https://www.fs.fed.us/fire/av_safety/promotion/Technical_Bulletins/IATB_17-01_HOGE_Power_Check_508.pdf.

2

SER037

Contact No. AG-024B-B-16-5505
Modification 07

**C-12    PERSONNEL**

   (a) Mechanic Qualifications

      (4) Mechanics shall have satisfactorily completed a manufacturer's maintenance course or an equivalent Forest Service or DOI-approved Contractor's training program for the make and model of helicopter offered, or show evidence the mechanic has 12-months maintenance experience on a helicopter of the same make and model offered. The mechanics must have documented training in the following: company policies and procedures, company operations procedures, maintenance procedures, contract requirements and SMS.

   (j) Fuel Servicing Vehicle Driver Qualifications

      (3) The FSV driver must have documented training in the following: company policies and procedures, company operations procedures, maintenance procedures, contract requirements and SMS.

**C-19    PERSONAL PROTECTIVE EQUIPMENT**

   (f)  Contractor will provide USFS approved personal fire shelters (spec. 5100-606) for all contractor personnel covered under this contract. Instruction in the use of shelter deployment shall be completed and documented by the contractor and verified by the Helicopter Manager. Shelter deployment training shall be completed yearly.  The condition and care of the shelter will meet USFS standards.  Fire shelter shall be on-board the helicopter at all times while under contract and included in the equipped weight (8 lbs).  Ground crews shall have fire shelters readily available for use if needed.  FSV driver will have readily accessible in FSV a USFS approved fire shelter.

**C-27    UNAVAILABILITY**

   (b) The Government may exercise its right to terminate for cause if there is unavailability in excess of three (3) full, consecutive calendar days or occurrence of unavailability during ten (10) percent of the total days in the Availability Period.

**C-35    REIMBURSEMENT FOR MOBILIZATION AND DEMOBILIZATION COSTS**

   (i)  Aircraft released from the Assigned Work Location, demobilization costs paid back to the original point-of-hire. Prior to the aircraft departing, the manager shall coordinate with the pilot and demobilization costs estimated and paid as they actually occur.

   (j)  Should an aircraft relocate somewhere other than the original point-of-hire, demobilization costs will only be paid from the last assigned work location back to the original point-of-hire. If an aircraft does not return to the original point-of-hire but to another location, demobilization costs paid to either the original point-of-hire or final destination whichever is closer.

   (k) Once an aircraft reaches its final destination whether point-of-hire, home base, or other location the pilot will relay the final demobilization numbers either to the manager or COR to close out the invoice.

SER038

Contact No. AG-024B-B-16-5505
Modification 07

(l)  During mobilization, if cancellation occurs after flight has commenced, the Contractor in accordance with the above provisions will be compensated.

## EXHIBIT 8 - FUEL SERVICING EQUIPMENT REQUIREMENTS (C-4 (d) (21))

(a) <u>General</u>

(1)  An approved fuel servicing vehicle (FSV) (truck, pump-house, or trailer) shall be provided with each helicopter.  The FSV shall be inspected annually and possess current USFS or USDI-OAS inspection documentation.

(2)  The fuel-servicing vehicle shall be capable of transporting fuel over rough mountainous terrain to include grades of up to 9%.

(3)  Fuel tank/chassis combinations must meet DOT requirements.

(4)  Fuel servicing vehicles shall be properly maintained, cleaned, and reliable.  Tanks, plumbing, filters, and other required equipment shall be free of leaks, rust, scale, dirt, and other contaminants.  Trailers used for storage and transport of fuel shall have an effective wheel braking system.

(5)  Spare filters, seals, and other components of the fuel-servicing vehicle filtering system shall be stored in a clean, dry area in the fuel service vehicle.  A minimum of one set is required to be with the vehicle.

(6)  The fuel servicing vehicle tank capacity shall be sufficient to sustain 8-hours of flight (14-hours of flight when the aircraft is doubled crewed and required in the Schedule of Items).  Barrels are not acceptable.

(7)  All tanks will be securely fastened to the vehicle frame in accordance with DOT regulations and shall have a sump or sediment settling area of adequate capacity to provide uncontaminated fuel to the filter.

(8)  A 10-gallon per minute filter and pump is the minimum size acceptable.  Filter and pump systems sizes shall be compatible with the helicopter being serviced.

(9)  The filter manufacturer's Operating, Installation and Service Manual shall be with the FSV.  Filters shall be changed in accordance with the filter manufacturer's manual, at a minimum of every 12-months, whichever is less, and documented.  The filter vessel shall be placarded indicating filter change date and documented in service vehicle log.

(10) Gasoline engine driven pumps shall be designed to pump fuel, have shielded or insulated ignition system, Forest Service approved spark arrestor muffler, and a metal shield between the engine and pump.  Other exposed terminal connections shall be insulated to prevent sparking in the event of contact with conductive material.

(11) FSV shall have deadman controls designed to allow operation while wearing gloves and be held for the time needed.  A pistol grip deadman device at the end of the nozzle or an electronic control to stop the pump is acceptable.

SER039

**SECTION A - SOLICTATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**

STANDARD FORM 1449

**SECTION B - SUPPLIES OR SERVICES AND PRICES**

| | | |
|---|---|---|
| B-1 | SCHEDULE OF ITEMS | 2 |
| B-2 | PRINCIPAL BASE OPERATION | 3 |
| B-3 | AIRCRAFT PERFORMANCE SPECIFICATIONS (MINIMUM) TO BE USED FOR PROPOSAL EVALUATION PURPOSES AND AIRCRAFT WEIGHING AND WEIGHT VALIDATION | 3 |
| B-4 | ENGINE REQUIREMENTS | 5 |
| B-5 | CREW COVERAGE | 5 |
| B-6 | MAXIMUM COMPLEMENT OF PERSONNEL BY AIRCRAFT TYPE | 6 |
| B-7 | ACCEPTABLE WORK SCHEDULES | 6 |
| B-8 | STANDBY HOURS PER DAY | 6 |
| B-9 | EXTENDED STANDBY HOURLY RATE | 6 |
| B-10 | OVERNIGHT STANDARD PER DIEM RATE ALLOWANCE | 6 |
| B-11 | OPERATIONS IN ALASKA, CARIBBEAN, CANADA, OR MEXICO | 6 |
| B-12 | CONTRACTOR FURNISHED SPECIAL REQUIREMENTS | 6 |
| B-13 | CONTRACT PILOT QUALIFICATION | 7 |
| B-14 | GOVERNMENT PILOT | 8 |
| B-15 | ADDITIONAL INFORMATION | 8 |

**SECTION C - DESCRIPTIONS/SPECIFICATIONS/EXHIBITS**

| | | |
|---|---|---|
| C-1 | SCOPE OF AGREEMENT | 9 |
| C-2 | CERTIFICATIONS | 9 |
| C-3 | GOVERNMENT FURNISHED PROPERTY | 10 |
| C-4 | HELICOPTER REQUIREMENTS | 11 |
| C-5 | HELICOPTER MAINTENANCE | 17 |
| C-6 | AIRCRAFT AND EQUIPMENT SECURITY | 20 |
| C-7 | AVIONICS REQUIREMENTS | 20 |
| C-8 | RESERVED | 31 |
| C-9 | RESERVED | 31 |
| C-10 | OPERATIONS | 31 |
| C-11 | CONTRACTOR'S ENVIRONMENTAL RESPONSIBILITIES | 35 |
| C-12 | PERSONNEL | 36 |
| C-13 | CONDUCT AND REPLACEMENT OF PERSONNEL | 40 |
| C-14 | SUSPENSION AND REVOCATION OF PERSONNEL | 41 |
| C-15 | SUBSTITUTION OR REPLACEMENT OF PERSONNEL, HELICOPTER, AND EQUIPMENT | 41 |
| C-16 | FLIGHT HOUR AND DUTY LIMITATIONS | 42 |
| C-17 | ACCIDENT PREVENTION AND SAFETY | 44 |
| C-18 | MISHAPS | 45 |
| C-19 | PERSONAL PROTECTIVE EQUIPMENT | 47 |
| C-20 | INSPECTION AND ACCEPTANCE | 48 |
| C-21 | PRE-USE INSPECTION EXPENSES | 52 |
| C-22 | RE-INSPECTION EXPENSES | 52 |
| C-23 | INSPECTIONS DURING USE | 53 |
| C-24 | RESERVED | 53 |
| C-25 | AUTHORIZED ORDERING ACTIVITIES | 53 |
| C-26 | DAILY AVAILABILITY REQUIREMENTS | 54 |
| C-27 | UNAVAILABILITY | 55 |
| C-28 | PAYMENT PROCEDURES | 56 |

 **OFFEROR'S COPY**

(Ref. 48 CFR 1)

| **Issuing Office:** | |
|---|---|
| NATIONAL INTERAGENCY FIRE CENTER<br>U.S. FOREST SERVICE, CONTRACTING<br>OWYHEE BUILDING - MS 1100<br>3833 S. DEVELOPMENT AVE<br>BOISE, ID 83705-5354 | This solicitation can be downloaded from the following Internet site: **https://www.fbo.gov/** |

**Offers Are Solicited For:**
Region 5 Call When Needed Helicopter Services

**Solicitation No:**      **Issued Date:**
AG-024B-S-15-9519

---

### IMPORTANT – NOTICE TO OFFEROR

---

"The policy of the United States Department of Agriculture Forest Service prohibits discrimination on the basis of race, color, national origin, age, religion, sex, disability, family status, and/or political affiliation." Persons believing they have been discriminated against in any Forest Service related activity should write to: Chief, Forest Service, USDA, P. O. Box 96090, Washington, DC 20090-6090.

Previous editions of this form are obsolete.                                    FS-6300-44 (11/79)

C-29    PAYMENT FOR FLIGHT                                                     57
C-30    PAYMENT FOR AVAILABILITY                                               57
C-31    PAYMENT FOR EXTENDED STANDBY                                           58
C-32    OPTIONAL USE HOURLY FLIGHT RATE                                        58
C-33    RESERVED                                                               59
C-34    ORDERING AND PAYMENT FOR ADDITIONAL AIRCRAFT AND PERSONNEL             59
C-35    REIMBURSEMENT FOR MOBILIZATION AND DEMOBILIZATION COSTS                59
C-36    PAYMENT FOR SUBSTITUTE/REPLACEMENT HELICOPTER                          60
C-37    LODGING & MEALS                                                        60
C-38    PAYMENT FOR FUEL SERVICING VEHICLE MILEAGE                             60
C-39    PAYMENT FOR FUEL TRANSPORTATION                                        61
C-40    PAYMENT FOR FOAM CONCENTRATE                                           61
C-41    RELIEF CREW APPROVAL AND PAYMENT                                       62
C-42    PAYMENT FOR OVERNIGHT ALLOWANCE                                        62
C-43    MISCELLANEOUS COSTS TO THE CONTRACTOR                                  62
C-44    HELICOPTER MANAGER DELEGATED AUTHORITIES                               63
C-45    DEFINITIONS                                                            64
C-46    ABBREVIATIONS/ACCRONYMS                                                70
EXHIBIT 1 - FIRST AID KIT AERONAUTICAL (C-4)                                   72
EXHIBIT 2 - SURVIVAL KIT AERONAUTICAL (LOWER 48) (C-4)                         75
EXHIBIT 3 - ALASKA, CARIBBEAN, CANADA, AND MEXICO SUPPLEMENT
         (C-1, C-7, C-33)                                                      76
EXHIBIT 4 - RESTRAINT SYSTEMS CONDITION INSPECTION GUIDELINES
         (C-4 (d) (8))                                                         80
EXHIBIT 5 - ADDITIONAL SUPPRESSION/PRESCRIBED FIRE EQUIPMENT
         (C-4 (d) (7), C-4 (d) (18), C-10 (f))                                 81
EXHIBIT 6 - HIGH VISIBILITY MARKINGS ON MAIN ROTOR BLADES (C-4 (d) (17))       87
EXHIBIT 7 - RESERVED                                                           88
EXHIBIT 8 - FUEL SERVICING EQUIPMENT REQUIREMENTS                              89
EXHIBIT 9 - OPERATIONS AND SAFETY PROCEDURES GUIDE FOR HELICOPTER
         PILOTS                                                                96
EXHIBIT 10 - INTERAGENCY GUIDELINES FOR VERTICAL
         REFERENCE/EXTERNAL LOAD TRAINING (C-12 (f) (1))                       97
EXHIBIT 11 - HELICOPTER MAKE/MODEL/SERIES LIST (C-21 (b))                      99
EXHIBIT 12 - HELICOPTER SERVICES HOURLY FLIGHT RATES, FUEL
         CONSUMPTION, AND WEIGHT REDUCTION CHART (B-1, B-3 (a), C-10 (a)
         (6), C-34 (b) (3), C-36 (a))                                          100
EXHIBIT 13 - INTERAGENCY HELICOPTER LOAD CALCULATION (B-3, C-2 (a) (3),
         C-10 (a) (6),                                                         101
C-10 (b) (2))                                                                  101
EXHIBIT 14 - HELICOPTER AND FUEL SERVICE TRUCK PRE-USE CHECKLIST               104
EXHIBIT 15 - PERFORMANCE REPORT                                                105
EXHIBIT 16 -                                                                   110
– DEPARTMENT OF LABOR WAGE DETERMINATION Information                           110
EXHIBIT 17 - RESERVED                                                          112
EXHIBIT 18 - CONTRACTOR'S VERIFICATION OF INDIVIDUAL HELICOPTER PILOT
         REQUIREMENTS AND EXPERIENCE FOR INITIAL INTERAGENCY
         APPROVAL (C-12 (c) (9), C-20 (i) (2))                                 113
EXHIBIT 19 - RESERVED                                                          114
EXHIBIT 20 - AIRCRAFT MECHANIC (HELICOPTER) QUALIFICATION FORM
         (C-12 (h) (5))                                                        115
EXHIBIT 21 - WEIGHT AND BALANCE FORM (EXAMPLE) (B-3, C-5 (a) (15 & 17))        117
EXHIBIT 22 - COMPUTED GROSS WEIGHT TABLE (B-3 (a), Exhibit 13))                123
EXHIBIT 23 - PERFORMANCE BY GOVERNMENT-FURNISHED PILOT (B-14)                  124
EXHIBIT 24 - FAA OVER WATER KIT (B-12)                                         127

EXHIBIT 25 - LITTER KIT PROVISIONS AND LITTER (B-12)    128
EXHIBIT 26 - AERIAL IGNITION (B-12)    129
EXHIBIT 27 - LAW ENFORCEMENT SHORT HAUL SPECIAL MISSION
    QUALIFICATIONS & REQUIREMENTS    131
EXHIBIT 28 - PUBLIC AIRCRAFT OPERATIONS    137
EXHIBIT 29 - RESERVED    138
EXHIBIT 30 - RESERVED    138
EXHIBIT 31 - SAFETY MANAGEMENT SYSTEM (SMS) COMPONENTS
    QUESTIONAIRE AND ACCIDENT HISTORY    139

## SECTION D - CONTRACT CLAUSES

D-1    CONTRACT CLAUSES INCORPORATED BY REFERENCE
    (FAR 52.252-2) (FEB 1998)    0
D-2    ADDENDUM TO 52.212-4 CONTRACT TERMS AND CONDITIONS -
    COMMERCIAL ITEMS    0
D-3    UPDATES OF PUBLICLY AVAILABLE INFORMATION REGARDING
    RESPONSIBILITY MATTERS (FAR 52.209-9) (JUL 2013)    0
D-4    OPTION TO EXTEND SERVICES (FAR 52.217-8) (NOV 1999)    1
D-5    STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES
    (FAR 52.222-42) (MAY 2014)    1
D-6    PROPERTY AND PERSONAL DAMAGE    2
D-7    ECONOMIC PRICE ADJUSTMENT SPECIFIED FLIGHT RATE CONTRACTS    2
D-8    COMMERCIAL FILMING OR VIDEOTAPING    3
D-9    AFFIRMATIVE PROCUREMENT OF EPA-DESIGNATED ITEMS IN SERVICE
    AND CONSTRUCTION CONTRACTS (FAR 52.223-17) (MAY 2008)    4
D-10    CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT
    STATUTES OR EXECUTIVE ORDERS - COMMERCIAL ITEMS
    (FAR 52.212-5) (OCT 2015)    4
D-11    ASSURANCE REGARDING FELONY CONVICTION OR TAX DELINQUENT
    STATUS FOR CORPORATE APPLICANTS (AGAR 452.209 -71)
    (ALTERNATE 1) (FEB 2012)    12

## SECTION E - SOLICITATION PROVISIONS

E-1    INSTRUCTIONS TO OFFEROR - COMMERCIAL ITEMS
    (FAR 52.212-1) (OCT 2015)  (TAILORED/ADDENDA)    13
E-2    INSTRUCTIONS FOR THE PREPARATION OF BUSINESS AND TECHNICAL
    PROPOSALS    14
E-3    EVALUATION-COMMERCIAL ITEMS (FAR 52.212-2) (OCT 2014) (TAILORED)    19
E-4    AGREEMENT AWARDS    21
E-5    RESERVED    21
E-6    OFFEROR'S PAST PERFORMANCE AND ORGANIZATIONAL EXPERIENCE    22
E-7    HELICOPTER PERFORMANCE QUESTIONNAIRE    23
E-8    OFFEROR REPRESENTATIONS AND CERTIFICATIONS - COMMERCIAL
    ITEMS (FAR 52.212-3) (OCT 2015)    24
E-9    CERTIFICATION REGARDING RESPONSIBILITY MATTERS
    (FAR 52.209-5) (OCT 2015)    40
E-10    INFORMATION REGARDING RESPONSIBILITY MATTERS
    (FAR 52.209-7) (JUL 2013)    42
E-11    REPRESENTATION BY CORPORATIONS REGARDING AN UNPAID
    DELINQUENT TAX LIABILITY OR A FELONY CONVICTION (AGAR 452.209-
    70) (DEVIATION 2012-01)  ALTERNATE 1 (FEB 2012)    43

SER043

**RESOURCE ORDER**

**AIRCRAFT**

| Initial Date/Time |
|---|
| 09/05/18 1251 |

**2. Incident / Project Name**

DELTA

**3. Incident / Project Order Number**

CA-SHF-001444

**Financial Codes**
P5L4L8(0514) [P]
73837215
CFAA - CA FIRE ASSIST AGR
WGE5X318 0520

**4. Office Reference Number**

**9. Jurisdiction / Agency** Shasta-Trinity National Forest

**5. Descriptive Location**
DELTA

| 6. TWN | RNG | SEC | Base MDM |
|---|---|---|---|
| | 5W | 34 | Mt. Diablo, CA |
| 36N | | | |

LAT. 40 56 33 N
LONG. 122 25 37 W

**10. Ordering Office** Redding Interagency ECC

**8. Incident Base / Phone Number**
Overhead 530-247-1261
Crews 247-1735
Equipment 247-1735
Supply 247-1735

**11. Aircraft Information**

| Contact Name | Frequency Type | Assigned Frequency | Reload Base | Other Aircraft / Hazards |
|---|---|---|---|---|
| | Air to Ground | 167.6000 AG-43 (P) 000.00 | RDD | |
| | Air Tactics | Air Tactics 64 168.6875 Primary 000.00 | O05 | |
| | Command | 171.575(RX) 165.0125(TX) FOREST NET 000.00 | CIC | |
| | Air to Air | 118.950 000.00 | MCC | |

| Bearing | Distance | VOR |
|---|---|---|
| 328 | 27 | RDD |
| 131 | 35 | FJS |
| 332 | 51 | RBL |

| 12. Request Number | Ordered Date/Time | From | To | Qty | Resource Requested | Needed Date/Time | Deliver To | From Unit | To Unit | Assigned Date/Time | Resource Assigned Unit ID | Resource Assigned | M/D Ind | Estimated Time Of Departure | Estimated Time Of Arrival | Released Date | Released To |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A-64 | 09/06/18 1853 PST | CA-RICC (Dispatch) 530-226-2400 USFS | CA-RICC | 1 | Helicopter, Type 3 Standard | 09/07/18 1800 PST | DELTA | CA-OSCC | CA-RICC | 09/07/18 1639 PST | CA-CDF | HELICOPTER - T35 -707AH (N707AH) (CA-CDFH) | D | 10/02/18 1800 PST | 10/02/18 1900 PST | 10/02/18 1800 PST | California Department of Forestry and Fire Protection (CDF) (CA-CDF) |

**Travel Mode**    Financial Code P5L4L8(0514)

**Special Needs** T3 Helicopter with Infrared Module Justification: regular NIROPS aircraft are UTF due to mech issues. Daytime IR mapping is essential to anticipate point protection needs for identified values at risk including homes and infrastructure. This IR platform is combined with this specific type 3 helicopter MANGR WILL BE MATTHEW G. DICKSON

**Reporting Instructions**

**13. User Documentation**

Req. No.    **Documentation**

| A-64 | Order needs manager identified, remove vendor name and registration number and NOPS will shop. |
|---|---|
| A-64 | Request A-64 was UTF by Megan Heffentrager@CA-ONCC ROSS. |

**Entered By**
Megan Heffentrager (CA-ONCC) 09/07/2018 1034 PST
Megan Heffentrager (CA-ONCC) 09/07/2018 1034 PST

Page 1 of 2          DELTA          CA-SHF-001444          un Date: 12/3/2018          15:57 CST

GOVERNMENT EXHIBIT
4
3:18-mj-00024-DMC

Page 2 of 2
Run Date: 12/3/2018 15:57 CST
Server: resreports.nwcg.gov

## 13. User Documentation

| Req. No. | Documentation | Entered By |
|---|---|---|
| | | PST |
| A-64 | *Helicopter manager required to place this order up - unable to procure any helicopter managers due to draw down of resources. this order will have to be UTF'd | Joni Olson (CA-RICC) 09/07/2018 1038 PST |
| A-64 | Request A-64 - Helicopter. Type 3 Standard - [CA-SHF-001444] DELTA has been filled with HELICOPTER - T3S - 707AH (N707AH) (CA-CDFH) by Penny James@CA-OSCC ROSS. | Penny James (CA-OSCC) 09/07/2018 1639 PST |
| A-64 | This helicopter is not listed on the Contract modification, however, they have a valid USFS card for this ship. Spoke to Bob Hoffman in contracting he gave verbal approval to use this ship with the promise to send a corrected modification showing the corrected tail # on next business day which is Monday 09/10. | Penny James (CA-OSCC) 09/07/2018 1659 PST |

GOVERNMENT EXHIBIT
4 P. 2
3-18-mj-00024-DMC

Run Date: 12/3/2018          15:57 CST

CA-SHF-001444

DELTA

SER045

Page: 1 of 2
Run Date: 4/15/2019 14:03 CDT
Server: rosreports.nwcg.gov

**RESOURCE ORDER**

| | |
|---|---|
| Initial Date/Time | 09/05/18 1251 |

**2. Incident / Project Name**
DELTA

**3. Incident / Project Order Number**
CA-SHF-001444

**Financial Codes**
P5L4L8(0514) [P]
73837215
CFAA - CA FIRE ASSIST AGR
WGESX318 0520

**4. Office Reference Number**

**9. Jurisdiction / Agency** Shasta-Trinity National Forest

**10. Ordering Office** Redding Interagency ECC

OVERHEAD

**5. Descriptive Location**
DELTA

**8. Incident Base / Phone Number**
Overhead 530-247-1261
Crews 247-1735
(530) 286-2255
Equipment 247-1735
Supply 247-1735

| 6. TWN | RNG | SEC | Base MDM |
|---|---|---|---|
| 36N | 5W | 34 | Mt. Diablo, CA |

LAT. 40 56 33 N
LONG. 122 25 37 W

**11. Aircraft Information**

| Bearing | Distance | VOR |
|---|---|---|
| 328 | 27 | RDD |
| 131 | 35 | FJS |
| 332 | 51 | RBL |

**Frequency Type** / **Assigned Frequency** / **Reload Base**

| Frequency Type | Assigned Frequency | Reload Base |
|---|---|---|
| Air to Ground | 167.6000 AG-43 (P) 000.00 | RDD |
| Air Tactics | Air Tactics 64 168.6875 Primary 000.00 | OOS |
| Command | 171.575(RX) 165.0125(TX) FOREST NET 000.00 | CIC |
| Air to Air | 118.950 000.00 | MCC |

**Other Aircraft / Hazards**

| 12. Request Number | Ordered Date/Time | From | To | Qty | Resource Requested | Contact Name | Needed Date/Time | Deliver To | From Unit | To Unit | Assigned Date/Time | Resource Assigned Unit ID | Resource Assigned | M/D Ind | Estimated Time Of Departure | Estimated Time Of Arrival | Released Date | Released To |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O-557 | 09/14/2018 1205 PST | CA-RICC (Dispatch) 530-226-2 400 USFS | CA-RICC | 1 | DECK COORDINATOR (DECK) (SOLOMON, OWEN (OR-RVC)) | | 09/15/18 1200 PST | DELTA | OR-RVC | CA-RICC | 09/14/18 1724 PST | AK-FAS | SOLOMON, OWEN (AK-FASC) [EFF/AD] | D | 10/04/18 1500 PST | 10/04/18 2255 PST | 10/04/18 0819 PST | FAIRBANKS INTL (FAI) |

**Travel Mode**    Financial Code P5L4L8(0514)

**Special Needs** Owen is currently assigned to the West Klondike Incident and is available for reassignment. Cell contact for Owen is 907-687-5321 Resource is for Willow Helibase, Agency/POV/Rental okay, Cell phone, laptop, Ipad authorized.

**Reporting Instructions** McCloud Base Camp
909 Mill Road
McCloud, CA.

**13. User Documentation**

| Req. No. | Documentation |
|---|---|
| O-557 | PNF UTF No Resource Available |
| O-557 | Request O-557 was UTF by BARBARA BUSSEY@CA-PNFC ROSS. |
| O-557 | Request O-557 was UTF by Michell Gutierrez@CA-SIFC ROSS. |
| O-557 | no resources available. |

**Entered By**
BARBARA BUSSEY (CA-PNFC) 09/14/2018 1227 PST
BARBARA BUSSEY (CA-PNFC) 09/14/2018 1227 PST
Michell Gutierrez (CA-SIFC) 09/14/2018 1237 PST
Michell Gutierrez (CA-SIFC)

Page 1 of 2        DELTA        CA-SHF-001444        Run Date: 4/15/2019        14:03 CDT

**GOVERNMENT EXHIBIT 5**
3:18-mj-00024-DMC

SER046

## 13. User Documentation

| Req. No. | Documentation | Entered By |
|---|---|---|
| O-557 | None avaialble. KNF or SKU | 09/14/2018 1237 PST |
| O-557 | Request O-557 was UTF by MICHAEL PURDY@CA-YICC ROSS. | MICHAEL PURDY (CA-YICC) 09/14/2018 1254 PST |
| O-557 | Request O-557 - DECK COORDINATOR (DECK) - (CA-SHF-001444) DELTA has been filled with SOLOMON, OWEN (AK-FASC) by Michelle Renfro@OR-RVC ROSS. | MICHAEL PURDY (CA-YICC) 09/14/2018 1254 PST |
| O-557 | | Michelle Renfro (OR-RVC) 09/14/2018 1724 PST |

DELTA

CA-SHF-001444

Page 2 of 2

Run Date: 4/15/2019

14:03 CDT

SER047



GOVERNMENT
EXHIBIT
6
3:18-mj-00024-DMC

SER048



GOVERNMENT
EXHIBIT
66
3:18-mj-00024-DMC

DUNSMUIR
AIRPORT
ELEVATION 3240 FT.

SER049



GOVERNMENT
EXHIBIT
6C
3:18-mj-00024-DMC



GOVERNMENT
EXHIBIT
6d
3:18-mj-00024-DMC



GOVERNMENT
EXHIBIT
be
3:18-mj-00024-DMC



GOVERNMENT EXHIBIT

3:18-mj-00024-DMC

SER063



GOVERNMENT
EXHIBIT
7
3:18-mj-00024-DMC



GOVERNMENT
EXHIBIT

3:18-mj-00024-DMC

SER055



GOVERNMENT
EXHIBIT

7c

3:18-mj-00024-DMC

SER056



GOVERNMENT
EXHIBIT
8
3:18-mj-00024-DMC

SER057



SER058

Page 1 of 6
Agreement No. AG-9AC7-P-17-5001

May 2014                    **EMERGENCY FACILITIES & LAND USE AGREEMENT**

| INCIDENT AGENCY (name, address, phone number) | AGREEMENT NUMBER MUST APPEAR ON ALL PAPERS RELATING TO THIS AGREEMENT AGREEMENT NUMBER AG-9AC7-P-17-5001 | |
|---|---|---|
| Northern California Acquisition Service Area (NCASA) 3644 Avtech Parkway Redding, CA 96002 | EFFECTIVE DATES | |
| | a. Beginning **August 01, 2017** | b. Ending **December 01,2018** |

| OWNER (name, address, phone number-include day/night/cell/fax) **City of Dunsmuir** **5915 Dunsmuir Avenue** **Dunsmuir, CA 96025-2355** DUNS: **004952586** EIN/SSN: PAYMENT ADDRESS: ☒ Same as above, or | INCIDENT NAME:  *To be determined INCIDENT NUMBER:  *To be determined RESOURCE ORDER NUMBER:  *To be determined JOB CODE (P#) AND OVERRIDE:  *To be determined |
|---|---|

TYPE OF CONTRACTOR ("X" APPROPRIATE BOXES)
☐ SMALL BUSINESS  ☐ LARGE BUSINESS  ☐ SMALL DISADVANTAGED OWNED  ☐ WOMEN OWNED  ☐ HUBZONE  ☐ SERVICE DISABLED VETERAN  ☒ PUBLIC ENTITY
(Pursuant to FAR 3 6 & OMB Cir A-87)

The owner of the property described herein, or the duly appointed representative of the owner, agrees to furnish the land/facilities for use as **Helibase Operation Base**.

DESCRIPTION OF LAND/FACILITIES  Address or specific location.  If street or highway address is unavailable, use distance from nearest city, crossroads, or other significant landmark.  The local description of how to get to the land/facilities is also acceptable.

**Dunsmuir Municipal/ Mott Airport is located 3 miles north of Dunsmuir, right off Interstate 5. The facilities include runways/ taxiways, shaded canopy area and parking. Electricity may be made available by supplementary agreement at the incident. Phone service is not presently connected but the Government may use existing equipment at their own cost. Restroom on site is available for normal use. Water is available from well for regular human purposes, but not filling of water tenders. Gate combination shall be provided to USFS for security purposes. 1224-1950 Mott Airport Road | Mount Shasta, CA 96067 | 41.264021, -122.272503**

County: **Siskiyou** State: **California** Township: **40N** Range: **4W** Section: **SE1/4 SE1/4 S35**

ORDINARY WEAR AND TEAR  Ordinary wear and tear is based on the customary use of the land/facilities, and not the use resulting from the incident.

RATES:  For each day that the land/ facilities are used, the Government will pay the rate of **$200.00 per day**.  **Use by more than three helicopters increases the rate to $300.00 per day**  Use rate is based on the number of aircraft and not the type or duration of the incident  Ordinary wear and tear is included in the rate.  The minimum amount guaranteed to be paid under this agreement shall be **$200.00 or $300.00, respectively**.  If occupied less than three hours, no charge shall apply.  Payment shall be in accordance with the incident Agency payment procedures.

**Resources to track daily fuel transfers to helicopters and submit tracking sheet with payment package.**

UTILITIES AND SERVICES  (check only one)
☒ The above rate includes utility charges for the following: ☐ GAS ☐ ELECTRICITY ☒ WATER ☒ TOILET SUPPLIES
☐ JANITORIAL SERVICES & SUPPLIES ☐ TRASH REMOVAL ☐ SEPTIC SERVICE ☐ EXISTING TELECOMMUNICATIONS
☐ The above rate excludes utility charges. The Government will pay to the owner the sum determined due by the Contracting Officer based on: _____

RESTORATION  Restoration beyond ordinary wear and tear. (check only one)
☐ The above sum includes Government restoration of land/facilities  Restoration shall be performed to the extent reasonably practical. Restoration work includes _____
☒ The above sum excludes restoration of land/facilities.  Reasonable costs incurred by the owner in restoring land/facilities to their prior condition shall be submitted to the Contracting Officer.

ALTERATIONS  The Government may make alterations, attach fixtures or signs, erect temporary structures in or upon the land/facilities, install temporary culverts, trenching for utilities, which shall be the property of the Government. Alterations will be removed by the Government after the termination of the emergency use, unless otherwise agreed.

ORAL STATEMENTS  Oral statements or commitments supplementary or contrary to any provisions of this Agreement shall not be considered as modifying or affecting the provisions of this Agreement.

CONDITION REPORTS  A joint pre and post-use physical inspection report of the land/facilities shall be made and signed by the parties; the purpose of the inspections shall be to reflect the existing site condition. Refer to attached Checklists.

OTHER:  Describe in detail: **If the main runway is to be closed to park helicopters the airport needs 72 hours' notice and a daily rate of $750.00 per day in lieu of the daily-use rate.**

TERMS AND CONDITIONS: See attachment.

CHECKLIST(s): See attachment.

GOVERNMENT EXHIBIT 9 3:18-mj-00024-DMC

SER059

Fill in the following drawing showing the land/facilities under agreement  Include buildings, roads, paved areas, utility lines, fences, ditches, landscaping and any other physical features which help describe the area



Image retrieved from Google Maps Satellite View October 13, 2016.

ADDITIONAL CLAUSES:

The Attached Federal Acquisition Regulation (FAR) Clauses apply to this agreement

| OWNER / OWNER'S AGENT SIGNATURE: | DATE: 8/3/17 | CONTRACTING OFFICER'S SIGNATURE. | DATE: 8/3/2017 |
|---|---|---|---|
| PRINT NAME AND TITLE: Mark Brannigan, City Manager citymanager@ci.dunsmuir.ca.us PHONE NUMBER:  530-235-4822 ext. 103 | | PRINT NAME AND TITLE Katherine E Pasini, Contracting Officer kepasini@fs.fed.us 530-226-2446 | |

SER060

PRE-USE INSPECTION: Description or photos (no digital) or condition immediately prior the Government's occupancy. Refer to attached checklist

Site is acceptable for intended use.

Owner/Agent: Mark Brannigan
(Print Name)

Signature: Mark Brannig

Date: 8/3/17

Government Agent: Katherine E Pasin
(Print Name)

Signature: Katherine E Pasin

Date: 8/5/2017

POST-USE INSPECTION: Description of photos (no digital) or condition immediately following the Government's occupancy

TOTAL AMOUNT DUE $_____

RELEASE OF CLAIMS STATEMENT: Contract release for and in consideration of receipt of payment in the amount shown in 'total amount due'. Contractor hereby releases the Government from any and all claims arising under this agreement except as reserved in remarks.

REMARKS:

Owner/Agent: _____
(Print Name)

Signature: _____

Date: _____

Government Agent: _____
(Print Name)

Signature: _____

Date: _____

**FEDERAL ACQUISITION REGULATION (FAR) CLAUSES
EMERGENCY FACILITIES AND LAND USE AGREEMENT**

**FAR 52.213-4 Terms and Conditions—Simplified Acquisitions (Other Than Commercial Items) (JAN 2017)**

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses that are incorporated by reference:

(1) The clauses listed below implement provisions of law or Executive order:

(i) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (JAN 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(ii) 52.222-3, Convict Labor (Jun 2003) (E.O. 11755).

(iii) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).

(iv) 52.222-26, Equal Opportunity (Sept 2016) (E.O. 11246).

(v) 52.225-13, Restrictions on Certain Foreign Purchases (Jun 2008) (E.O.s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

(vi) 52.233-3, Protest After Award (Aug 1996) (31 U.S.C. 3553).

(vii) 52.233-4, Applicable Law for Breach of Contract Claim (Oct 2004) (Pub. L. 108-77, 108-78 (19 U.S.C. 3805 note)).

(2) Listed below are additional clauses that apply:

(i) 52.232-1, Payments (Apr 1984).

(ii) 52.232-8, Discounts for Prompt Payment (Feb 2002).

(iii) 52.232-11, Extras (Apr 1984).

(iv) 52.232-25, Prompt Payment (Jan 2017).

(v) 52.232-39, Unenforceability of Unauthorized Obligations (Jun 2013).

(vi) 52.232-40, Providing Accelerated Payments to Small Business Subcontractors (Dec 2013)

(vii) 52.233-1, Disputes (May 2014).

(viii) 52.244-6, Subcontracts for Commercial Items (Jan 2017).

(ix) 52.253-1, Computer Generated Forms (Jan 1991).

(b) The Contractor shall comply with the following FAR clauses, incorporated by reference, unless the circumstances do not apply:

(1) The clauses listed below implement provisions of law or Executive order:

(i) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (Oct 2016) (Pub. L. 109-282) (31 U.S.C. 6101 note) (Applies to contracts valued at $30,000 or more).

(ii) 52.222-19, Child Labor—Cooperation with Authorities and Remedies (Oct 2016) (E.O. 13126) (Applies to contracts for supplies exceeding the micro-purchase threshold.)

(iii) 52.222-20, Contracts for Materials, Supplies, Articles, and Equipment Exceeding $15,000 (May 2014) (41 U.S.C. chapter 65) (Applies to supply contracts over $15,000 in the United States, Puerto Rico, or the U.S. Virgin Islands).

(iv) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212) (applies to contracts of $150,000 or more).

(v) 52.222-36, Equal Employment for Workers with Disabilities (Jul 2014) (29 U.S.C. 793) (Applies to contracts over $15,000, unless the work is to be performed outside the United States by employees recruited outside the United States.) (For purposes of this clause, "United States" includes the 50 States, the District of Columbia, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, the U.S. Virgin Islands, and Wake Island.)

(vi) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212) (Applies to contracts of $150,000 or more).

(vii) 52.222-41, Service Contract Labor Standards (May 2014) (41 U.S.C. chapter 67) (Applies to service contracts over $2,500 that are subject to the Service Contract Labor Standards statute and will be performed in the

SER062

Page 5 of 6
Agreement No. AG-9AC7-P-17-5001

United States, District of Columbia, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, the U.S. Virgin Islands, Johnston Island, Wake Island, or the outer Continental Shelf).

(viii)(A) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O 13627) (Applies to all solicitations and contracts).

(B) Alternate I (Mar 2015) (Applies if the Contracting Officer has filled in the following information with regard to applicable directives or notices: Document title(s), source for obtaining document(s), and contract performance location outside the United States to which the document applies).

(ix) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015) (Applies when 52.222-6 or 52.222-41 are in the contract and performance in whole or in part is in the United States (the 50 States and the District of Columbia)).

(x) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2017) (E.O. 13706) (Applies when 52.222-6 or 52.222-41 are in the contract and performance in whole or in part is in the United States (the 50 States and the District of Columbia.))

(xi) 52.223-5, Pollution Prevention and Right-to-Know Information (May 2011) (E.O. 13423) (Applies to services performed on Federal facilities).

(xii) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (Jun 2016) (E.O. 13693)(applies to contracts for products as prescribed at FAR 23.804(a)(1)).

(xiii) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (Jun 2016) (E.O. 13693) (Applies to maintenance, service, repair, or disposal of refrigeration equipment and air conditioners).

(xiv) 52.223-15, Energy Efficiency in Energy-Consuming Products (Dec 2007) (42 U.S.C. 8259b) (Unless exempt pursuant to 23.204, applies to contracts when energy-consuming products listed in the ENERGY STAR® Program or Federal Energy Management Program (FEMP)) will be—

(A) Delivered;

(B) Acquired by the Contractor for use in performing services at a Federally-controlled facility;

(C) Furnished by the Contractor for use by the Government; or

(D) Specified in the design of a building or work, or incorporated during its construction, renovation, or maintenance).

(xv) 52.223-20, Aerosols (Jun 2016) (E.O. 13693) (Applies to contracts for products that may contain high global warming potential hydrofluorocarbons as a propellant or as a solvent; or contracts for maintenance or repair of electronic or mechanical devices).

(xvi) 52.223-21, Foams (Jun 2016) (E.O. 13693) (Applies to contracts for products that may contain high global warming potential hydrofluorocarbons or refrigerant blends containing hydrofluorocarbons as a foam blowing agent; or contracts for construction of buildings or facilities.

(xvii) 52.225-1, Buy American—Supplies (May 2014) (41 U.S.C. chapter 67) (Applies to contracts for supplies, and to contracts for services involving the furnishing of supplies, for use in the United States or its outlying areas, if the value of the supply contract or supply portion of a service contract exceeds the micro-purchase threshold and the acquisition—

(A) Is set aside for small business concerns; or

(B) Cannot be set aside for small business concerns (see 19.502-2), and does not exceed $25,000).

(xviii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (May 2014) (42 U.S.C. 1792) (Applies to contracts greater than $25,000 that provide for the provision, the service, or the sale of food in the United States).

(xix) 52.232-33, Payment by Electronic Funds Transfer—System for Award Management (Jul 2013) (Applies when the payment will be made by electronic funds transfer (EFT) and the payment office uses the System for Award Management (SAM) database as its source of EFT information).

(xx) 52.232-34, Payment by Electronic Funds Transfer—Other than System for Award Management (Jul 2013) (Applies when the payment will be made by EFT and the payment office does not use the SAM database as its source of EFT information).

(xxi) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. App. 1241) (Applies to supplies transported by ocean vessels (except for the types of subcontracts listed at 47.504(d)).

SER063

(2) Listed below are additional clauses that may apply:

(i) 52.204-21, Basic Safeguarding of Covered Contractor Information Systems (Jun 2016) (Applies to contracts when the contractor or a subcontractor at any tier may have Federal contract information residing in or transiting through its information system.

(ii) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (Oct 2015) (Applies to contracts over $35,000).

(iii) 52.211-17, Delivery of Excess Quantities (Sept 1989) (Applies to fixed-price supplies).

(iv) 52.247-29, F.o.b. Origin (Feb 2006) (Applies to supplies if delivery is f.o.b. origin).

(v) 52.247-34, F.o.b. Destination (Nov 1991) (Applies to supplies if delivery is f.o.b. destination).

(c) FAR . This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):  www.acquisition.gov/browsefar

(d) Inspection/Acceptance. The Contractor shall tender for acceptance only those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Government must exercise its postacceptance rights—

(1) Within a reasonable period of time after the defect was discovered or should have been discovered; and

(2) Before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

(e) Excusable delays. The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence, such as acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting forth the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

(f) Termination for the Government's convenience. The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges that the Contractor can demonstrate to the satisfaction of the Government, using its standard record keeping system, have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards and contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred that reasonably could have been avoided.

(g) Termination for cause. The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(h) Warranty. The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

SER064

*Attachment A*

*City of Dunsmuir Mott Airport*

5915 Dunsmuir Ave., Dunsmuir Ca. 96025

## Fuel Flowage Certification Report

**MOTT Airport**

**Incident Name:**_____

USDA Forest Service Shasta Trinity National Forest

Redding CA 96002
_____

| Fuel Log | | | Fuel Log | | |
|---|---|---|---|---|---|
| **Date** | **Quantity** | | **Date** | **Quantity** | |
| | Jet A | 100 LL | | Jet A | 100 LL |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Signature** _____          **Date**



**USDA**
**Forest Service**

# STATEMENT
(Reference FSH 5309.11)

FS-5300-0016 (REV. 08/2014)

| | |
|---|---|
| **1. CASE NUMBER** | |
| MBEE040 | |

| **2. NATURE OF INVESTIGATION** | ☒ Initial Report ☐ Follow-Up |
|---|---|
| Threat and Intimidation | |

| **3. STATEMENT OF** *(Last, First, Middle)* | **4. SOCIAL SEC. NO.** | **5. DOB** | **6. SEX** |
|---|---|---|---|
| Schifflett, Jeff | | 09/16/1979 | M |

| **7. HOME ADDRESS** *(Street, City, State, ZIP Code)* | **8. DRIVER'S LIC. NO.** | **9. PHONE** *(H)* |
|---|---|---|
| 459 Nursery Bottom Road Pearsons WV | | ( ) - |

| **10. EMPLOYMENT** *(Occupation and Location)* | **11. PHONE** *(W)* |
|---|---|
| | (304)473-3251 |

| **12. LOCATION STATEMENT TAKEN** | **13. NAME OF OFFICER TAKING STATEMENT** | **14. DATE/TIME STARTED** | |
|---|---|---|---|
| Mott Airport | Lisa Wilson LEO #2237 | 09/24/2013 | 12:43 |

**15. STATEMENT**

I was posted in my rental car approximately 10 feet outside of the gate as the road guard. A guy in a minivan drove past me before I was able to get out of the car and stop him. Once I did get out, I motioned and told him to stop as his window was down. He backed up to me and informed me that helicopter 707AH was not flying the normal flight pattern and flying aggressively over his house. He told me that he would call law enforcement, tell the pilot off himself, and threatened to shoot the aircraft out of the sky if he flew over again. I informed him that we take off and land based on wind, which is why this path was taken. He then again started to yell with many expletives, offering to get law enforcement and brought up again shooting at the aircraft. I told him I could get law enforcement involved, but if he would stay with me for a minute, I would call Owen (DECK) to come up to the gate and discuss the issue. Owen did and the guy repeated the same language and threats to Owen that he told me. He lives directly across from Pad 4, with a red-leaved tree in the front yard.

Δ EX. C

GOVERNMENT
EXHIBIT

15

3:18-mj-00024-DMC

I have read the foregoing statement consisting of    1    pages. I fully understand this statement and declare that the foregoing is true, accurate, and complete to the best of my knowledge. I have signed or initialed each and every page and have been given an opportunity to make any corrections or additions.

I made this statement freely and voluntarily, without threats or rewards, or promises of reward having been made to me in return for it.

| | **16. DATE/TIME ENDED** | |
|---|---|---|
| | 09/24/2013 | 12:44 |

SIGNATURE OF PERSON GIVING STATEMENT

| **17. OFFICER'S SIGNATURE** | **18. WITNESS' SIGNATURE** *(If Applicable)* |
|---|---|
| #2237 | |

**NOTE:** This document is for OFFICIAL USE ONLY. It and its contents are not to be distributed outside your agency, nor duplicated, without prior approval of the USDA, Forest Service, Law Enforcement and Investigations.

File Code: 5340                                                                 Page 1 of 1

SER066